UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-23272-Civ-COOKE/GOODMAN

SHARON WEINSTOCK, *et al.*,

    Plaintiffs,

vs.

ISLAMIC REPUBLIC OF IRAN, *et al.*,

    Defendants.

_____/

## ORDER OF TRANSFER

THIS MATTER is before me on Plaintiffs' Notice of Pending Related Action (ECF No. 5). A review of the record in this case, and the record in Case No. 17-23202-Civ-SCOLA, reveals that the above-matter is related to a similar action pending before the Honorable Robert N. Scola, Jr. I find that good cause exists to transfer this matter pursuant to Local Rule 3.8 and IOP 2.15.00. Therefore, subject to Judge Scola's consent, it is **ORDERED and ADJUDGED** that this case be transferred to Judge Scola's calendar for all further proceedings.

**DONE and ORDERED** in chambers, at Miami, Florida, this 2nd day of October 2017.

_____
THE HONORABLE MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

After reviewing the file, the undersigned accepts the transfer of this case. It is, therefore, **ORDERED and ADJUDGED** that all pleadings filed shall bear the following case number, 17-23272-Civ-SCOLA, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

The foregoing transfer is accepted this 2 day of October 2017.

_____
THE HONORABLE ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Counsel of record*