United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Sharon Weinstock, and others, Plaintiffs, | ) ) ) |
| v. | ) ) ) Civil Action No. 17-23272-Civ-Scola |
| Islamic Republic of Iran and Hamas – Islamic Resistance Movement a/k/a Harakat al-Muqawamah al-Islamiyya, Defendants. | ) ) ) ) ) |

### Notice Of Upcoming Deadline To Serve Under Federal Rule Of Civil Procedure 4(m)

A plaintiff must serve the defendant with a summons and a copy of the complaint within 90 days after filing the complaint. Fed. R. Civ. P. 4(c)(1) & 4(m). In this case, the Plaintiffs filed their Complaint on August 29, 2017, and service is required by November 27, 2017. From a review of the record, it does not appear that the Plaintiffs have served the Defendants yet. *See* Fed. R. Civ. P. 4(l)(1) ("Unless service is waived, proof of service must be made to the court."). "If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant." Fed. R. Civ. P. 4(m).

The Plaintiffs are notified, in keeping with Rule 4(m), that the Court will dismiss this case without prejudice unless the Plaintiffs timely serve the Defendants by **November 27, 2017**, or establish with the Court—before this deadline—that good cause exists for the failure.

**Done and Ordered** in chambers, at Miami, Florida, on October 30, 2017.

_____
Robert N. Scola, Jr.
United States District Judge