UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-23272-RNS

Sharon Weinstock , et al,.

      Plaintiff,

v.

Islamic Republic of Iran, et al.,

      Defendant(s)

### CLERK'S NOTICE OF INTERNATIONAL SERVICES

In accordance with Federal Rules of Civil Procedure Rule 4, and/or 28 U.S.C. § 1608(a)(3) or (b)(3)(B), the Clerk certifies that on this 31st, day of October, 20 17, *(summons and complaint)* have been mailed via International Service to:

Defendant(s): Islamic Republic of Iran, et al.,

Country: Tehran, Iran

Article Number: DHL ( 793 5547 970 )

DONE at the Federal Courthouse Square, Miami, Florida, this 31st, day of October, 20 17.

                                                        STEVEN M. LARIMORE
                                                        Court Administrator • Clerk of Court

                                                        By: _____
                                                             Deputy Clerk

c: U.S. District Judge
   All counsel of record

# DHL Express — Shipment Waybill (Non negotiable)

Track this shipment: dhl.com

06 2018

Waybill No: **793 5547 970**

GREY SECTIONS FOR DHL USE ONLY
ORIGIN | DESTINATION CODE

## 1. Payer account number and Shipment Value Protection details

Charge to: ☑ Shipper ☐ Receiver ☐ 3rd party ☐ Cash ☐ Cheque ☐ Credit Card

Payer Account No.: **848229638**

Shipment Value Protection — see reverse
Increased Protection Value: _____

## 2. From (Shipper)

Shipper's account number: _____
Contact name: **Richard Ramos**

Company name: **USDC**

Address: **400 North Miami Ave.**
**Miami FL 33128**

Postcode/Zip Code (required): _____
Phone, Fax or E-mail (required): _____

## 3. To (Receiver)

Company name: _____

Delivery address (DHL cannot deliver to a PO Box):
**The Islamic Republic of Iran**
**c/o Foreign Minister Mohammad**
**Javad Zarif (Imam Khomeini Ave.)**
**Tehran, Iran**

Postcode/Zip Code (required): _____
Country: _____
Contact person: _____
Phone, Fax or E-mail (required): _____

## 4. Shipment details

Billed weight is calculated from total weight and dimensions.

Total number of packages | Total Weight | Pieces | Length | Width | Height

## 5. Full description of contents

Give content and quantity:
**Court Documents.**

## 6. Non-Document Shipments Only (Customs Requirement)

Shipper's VAT/GST number: _____
Receiver's VAT/GST or Shipper's EIN/SSN: _____
Declared Value for Customs: _____
Harmonised Commodity Code: _____

Type of export: ☐ Permanent ☐ Repair/Return ☐ Temporary

Destination duties/taxes: ☐ Receiver ☐ Shipper ☐ Other

## 7. Shipper's agreement (Signature required)

Signature: [signed]
Date: **10/27/17**

## 8. Products & Services

☐ Domestic ☑ International Document ☐ International Non-Document

☐ EXPRESS 9:00
☐ EXPRESS 10:30
☐ EXPRESS 12:00
☑ EXPRESS / WORLDWIDE
☐ EXPRESS ENVELOPE
☐ ECONOMY SELECT
☐ OTHER

Optional Services:
☐ Saturday Delivery ☐ Hold for Collection
☐ Delivery Notification ☐ Payable Packaging
☐ Other

Globalmail Business:
☐ Priority ☑ Standard ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT

CHARGES / Services
Other
Shipment Value Protection
VAT
CURRENCY | TOTAL
PAYMENT DETAILS (Cheque, Card No.)
No. / Type / Expires
Picked up by
Route No.
Time / Date