UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-23272-RNS

Sharon Weinstock , et al,.

      Plaintiff,

v.

Islamic Republic of Iran, et al.,

      Defendant(s)

## CLERK'S NOTICE OF INTERNATIONAL SERVICES

In accordance with Federal Rules of Civil Procedure Rule 4, and/or 28 U.S.C. § 1608(a)(3) or (b)(3)(B), the Clerk certifies that on this 31st, day of October, 20 17, *(summons and complaint)* have been mailed via International Service to:

Defendant(s): Islamic Republic of Iran, et al.,

Country: Tehran, Iran

Article Number: DHL ( 793 5547 970 )

DONE at the Federal Courthouse Square, Miami, Florida, this 31st, day of October, 20 17.

          STEVEN M. LARIMORE
          Court Administrator • Clerk of Court

          By: _____
          Deputy Clerk

c: U.S. District Judge
   All counsel of record

**DHL Express** — Shipment Waybill (Non negotiable)
Track this shipment: dhl.com

GREY SECTIONS FOR DHL USE ONLY

06 2018

**793 5547 970**

ORIGIN: 
DESTINATION CODE:

### 1. Payer account number and Shipment Value Protection details
- Charge to: ☑ Shipper  ☐ Receiver  ☐ 3rd party  ☐ Cash  ☐ Cheque  ☐ Credit Card
- Payer Account No.: 848229638
- Shipment Value Protection see reverse
- Increased Protection Value: ___
- CC reference code: ___

### 2. From (Shipper)
- Shipper's account number: ___
- Contact name: Richard Ramos
- Shipper's reference: ___
- Company name: USDC
- Address: 400 North Miami Ave. Miami FL 33128
- Postcode/Zip Code: ___
- Phone, Fax or E-mail: ___

### 3. To (Receiver)
- Company name: ___
- Delivery address: The Islamic Republic of Iran c/o Foreign Minister Mohammad Javad Zarif (Imam Khomeini Ave) Tehran, Iran
- Postcode/Zip Code: ___
- Country: ___
- Contact person: ___
- Phone, Fax or E-mail: ___

### 4. Shipment details
Billed weight is calculated from total weight and dimensions
- Total number of packages: ___
- Total Weight: ___ lb ___ oz
- Pieces / Length / Width / Height: @ x x

### 5. Full description of contents
Give content and quantity: Court Documents.

### 6. Non-Document Shipments Only (Customs Requirement)
- Shipper's VAT/GST number: ___
- Receiver's VAT/GST or Shipper's EIN/SSN: ___
- Declared Value for Customs: ___
- Harmonised Commodity Code: ___
- TYPE OF EXPORT: ☐ Permanent  ☐ Repair/Return  ☐ Temporary
- Destination duties/taxes: ☐ Receiver  ☐ Shipper  ☐ Other

### 7. Shipper's agreement (Signature required)
Signature: [signed]   Date: 10/27/17

### 8. Products & Services
- ☐ Domestic  ☒ International Document  ☐ International Non-Document
- ☐ EXPRESS 9:00
- ☐ EXPRESS 10:30
- ☐ EXPRESS 12:00
- ☒ EXPRESS WORLDWIDE
- ☐ EXPRESS ENVELOPE
- ☐ ECONOMY SELECT
- ☐ OTHER
- Optional Services: ☐ Saturday Delivery  ☐ Hold for Collection  ☐ Delivery Notification  ☐ Payable Packaging  ☐ Other
- Globalmail Business: ☐ Priority  ☒ Standard  ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT: ___ lb ___ oz

CHARGES / Services: ___
Other: ___
Shipment Value Protection: ___
VAT: ___
CURRENCY / TOTAL: ___
PAYMENT DETAILS (Cheque, Card No.): ___
Picked up by: ___
Route No.: ___
Time / Date: ___

AP 02/17