UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-23272-RNS

Sharon Weinstock, et al,.

Plaintiff,

v.

Islamic Republic of Iran, et al.,

Defendant(s)

**CLERK'S NOTICE OF INTERNATIONAL SERVICES**

In accordance with Federal Rules of Civil Procedure Rule 4, and/or 28 U.S.C. § 1608(a)(3) or (b)(3)(B), the Clerk certifies that on this 28th, day of November, 20 17, *(summons and complaint)* have been mailed via International Service to:

Defendant(s): Islamic Republic of Iran, et al.,

Country: Tehran, Iran
Article Number: 77- 7714 -8621

DONE at the Federal Courthouse Square, Miami, Florida, this 28th, day of November, 20 17.

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

By: /s/
Deputy Clerk

c: U.S. District Judge
   All counsel of record



———————— Please fold or cut in half ————————
# DO NOT PHOTOCOPY
Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

SENDER'S RECEIPT
WAYBILL #:    77  7714  8621

| | | |
|---|---|---|
| To (Company) | Rate Estimate: | $111.13 |
| Minister Mohammad Javad Zarif | Protection: | Asset Protection US 0.00 |
| Ministry of Foreign Affairs | Description: | Court papers |
| Imam Khomeini Avenue | | |
| Imam Khomeini Square | Customs Value: | 0 USD |
| TEHRAN, IRAN | Weight (lbs.): | 2.0 lb |
| Iran (Islamic Republic Of) | Dimensions: | 11 x 8.5 x 2 |
| Attention To:   Minister Mohammad Javad Zarif | Ship Ref: | |
| Phone:          982166739191 | Special Svc: | Duties and Taxes Unpaid |
| Sent By:        Clerk of the Court | | |
| Phone:          (305) 523-5100 | Bill Shipment To: | SENDER |
| | Bill to Acct: | *****9638 |

DHL Signature (optional)_____ Route_____ Date_____ Time_____
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.



## Sanctions Warranty and Indemnity Letter

Waybill Number.......................... Shipment Date........................

[Customer Name/Company Name...Asher Perlin /Florida Professional Law Group PLLC.], is hereby providing this Sanctions and Warranty Indemnity Letter pursuant to the UN Sanctions.

1. Customer warrants that neither the receipt nor the delivery of the Shipment will expose DHL or their employees, servants, agents, insurers or reinsurers to any sanction, prohibition or penalty (or any risk of sanction, prohibition or penalty) whatsoever imposed by any state, country, international governmental organization or other relevant authority (collectively "Sanctions") by reason of the content of the Shipment, any insurance of the Shipment taken out by the Customer or any other person with an interest in the Shipment, the destination of the Shipment, the intended consignee of the Shipment or the purchaser or end user of the content of the Shipment, provided that such warranty shall not extend to any issues of non-compliance which result from any act, decision or omission by DHL (or its sub-contractors or any company engaged by DHL to transport the Shipment), other than where following the Customer's instructions.

2. Customer warrants in particular, that:

    (a) Shipments shall not include any goods which appear on any applicable list of prohibited goods as shall be determined from time to time by the United Nations;

    (b) delivery of Shipments to the intended consignee will not, in and of itself, contravene any of the prohibitions set forth from time to time by the United Nations;

    and

    (c) delivery of Shipments to the intended consignee will not, in and of itself, result in any funds or economic resources being made available directly or indirectly to or for the benefit of any person entity or body which is listed or designated in any Sanctions as set forth from time to time by the United Nations.

    (d) Provided (in each case) that such warranty shall not extend to any issues of non-compliance which result from any act, decision or omission by DHL (or its sub-contractors or any company engaged by DHL to transport the Shipment), other than where following the Customer's instructions.

3. Customer agrees to provide DHL immediately on request with full information about the nature of the Shipment and its intended use, as well as the identities of all parties of which Customer is aware and/or which the Customer can obtain from its direct counterparty which have any legal, financial or commercial interest in the Shipment.

4. DHL is entitled to inspect the Shipment and, in particular, is entitled to access any data or information contained in any electronic storage medium and DHL shall not be responsible for any delay or damage caused as a result of that inspection provided that DHL shall take reasonable care in inspecting the Shipment. Where data or information is protected by a password, details of that password shall be provided to DHL by Customer on request.

5. Customer shall indemnify DHL against all loss, damage, fines and expenses whatsoever, including but not limited to exposure of DHL, its employees, servants, agents, insurers or re-insurers to any Sanctions arising or resulting from any non-declaration or illegal, inaccurate and/or inadequate declaration in respect of the Shipment by the Shipper or from any other cause in connection with the Shipment for which the Customer is responsible.

6. If it appears, in the reasonable judgment of DHL, that the Shipment (or any activities required in respect of the Shipment by DHL or any other person) may expose DHL or their employees, servants, agents, insurers or reinsurers to any Sanctions or risk of Sanctions, then:

    (a) DHL may refuse to carry the Shipment or alternatively DHL may without notice to Shipper (but as his agent only) take any measure(s) and/or incur any additional expense to carry or to continue the Shipment thereof, and/or abandon the Shipment and/or store the Shipment ashore or afloat, under cover or in the open, at any place, which abandonment or storage shall be deemed to constitute due performance by DHL of all of its obligations in respect of that Shipment;

    (b) Customer shall indemnify DHL against any additional expense so incurred;

    (c) Customer shall indemnify DHL against any and all claims whatsoever brought by any third party in respect of the Shipment;

    (d) DHL may, without notice to Customer, provide any state, country, international governmental organization or other relevant authority with full information about the Shipment, including the identities of all parties which have any legal, financial or commercial interest in the Shipment.

    (e) provided that paragraphs (b) and (c) shall not apply in the case of any issues of non-compliance which result from any act, decision or omission by DHL (or its sub-contractors or any company engaged by DHL to transport the Shipment), other than where following the Customer's instructions.

Signed: [company signatory] *Asher Perlin*

Name: Asher Perlin, Florida Professional Law Group, PLLC

Title: Attorney of Counsel

Date: Nov. 21, 2017