UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-23272-RNS

Sharon Weinstock, et al,.

      Plaintiff,
v.

Islamic Republic of Iran, et al,.

      Defendant(s)

## CLERK'S NOTICE OF INTERNATIONAL SERVICES

In accordance with Federal Rules of Civil Procedure Rule 4, and/or 28 U.S.C. § 1608(a)(3) or (b)(3)(B), the Clerk certifies that on this __8th__, day of ___January___, 20_18_, *(summons and complaint)* have been mailed via International Service to:

Defendant(s): Islamic Republic of Iran, et al,.

Country: Tehran, Iran

Article Number: FedEx #8875-2601-0

DONE at the Federal Courthouse Square, Miami, Florida, this __8th__, day of ___January___, 20_18_.

                          STEVEN M. LARIMORE
                          Court Administrator • Clerk of Court

                          By: _____
                               Deputy Clerk

c: U.S. District Judge
    All counsel of record

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

**FedEx Express** Package US Airbill

Sender's Copy

FedEx Tracking Number: 8121 0086 4939

**1 From** Please print and press hard
Date: 1/9/18
Sender's FedEx Account Number: 8875-2601-0
Sender's Name: Richard Reynos
Phone: 805-523-5210
Company: U.S.D.C.
Address: 400 North Miami Ave.
City: Miami   State: FL   ZIP: 53128

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Overseas Citizens Services
Phone: 
Company: U.S. Department of State
Address: SA-17, CA/OCS/L  10th
Address: 
City: Washington   State: DC   ZIP: 20522

**4 Express Package Service**  *To most locations
Packages up to 150 lbs.

Next Business Day:
☐ FedEx First Overnight
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight

2 or 3 Business Days:
☐ FedEx 2Day A.M.
☐ FedEx 2Day
☐ FedEx Express Saver

**5 Packaging** *Declared value limit $500
☐ FedEx Envelope*  ☐ FedEx Pak*  ☐ FedEx Box  ☐ FedEx Tube  ☐ Other

**6 Special Handling and Delivery Signature Options**
☐ Saturday Delivery
☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

Does this shipment contain dangerous goods?
☐ No  ☐ Yes As per attached  ☐ Yes Shipper's Declaration not required  ☐ Dry Ice  ☐ Cargo Aircraft Only

**7 Payment** Bill to:
☒ Sender  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value

644

Ship it. Track it. Pay for it. All online.
Go to fedex.com

fedex.com 1.800.GoFedEx 1.800.463.3339