UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                       Plaintiffs,

vs.                                                 Civ. No. 17-cv-23272-RNS

THE ISLAMIC REPUBLIC OF IRAN, et al.,

                       Defendants.
_____/

## SIXTH STATUS REPORT REGARDING SERVICE UPON DEFENDANTS

Plaintiffs file this Sixth Status Report pursuant to the Court's November 28, 2017, Paperless Order (ECF No. 13) directing them to inform the Court of their efforts to effect service of process upon the defendants every 45 days.

As previously reported to the Court in Plaintiffs' Response to Notice of Deadline to Serve (ECF 12) and Plaintiffs' prior Status Reports Regarding Service upon Defendants (ECF 18, 20, 21, 23, 27), this action was filed by the estate and family members of American citizen Yitzchak Weinstock, who was murdered in a terrorist attack carried out by defendant Hamas with the material support of defendant Islamic Republic of Iran ("Iran") and others. Both defendants are located outside of the United States and can only be served abroad. Serving these defendants presents unusual complications.

The Plaintiffs' prior status reports are incorporated by reference and supplemented as follows:

## STATUS OF SERVICE UPON IRAN

Iran was served on April 10, 2018. D.E. 22. The clerk entered default against Iran on June 12, 2018. D.E. 25. Plaintiffs are presently due to respond to the Court's Order on Default Judgment Procedure on or before September 1, 2018.

## STATUS OF SERVICE UPON HAMAS

Plaintiffs continue in their efforts to serve Hamas. On July 11, 2018, Plaintiffs sent the Clerk of the Court a request to serve Hamas under Fed. R. Civ. P. 4(f)(2)(C)(ii) using a "form of mail that the clerk addresses and sends … and that requires a signed receipt," *id*., by sending the service documents by DHL to a senior Hamas officer at Hamas Headquarters in the Gaza Strip.

On July 17, 2018 the Clerk filed a Notice of International Services indicating that the Complaint and Summons were sent to Hamas in Gaza City. D.E. 30. According to the DHL tracking site, the package arrived in Gaza City by July 26, 2018. The package was addressed to Dr. Sami Abu Zuhri, a senior Hamas official with an office at Hamas's Gaza City Headquarters. D.E. 30-1. On August 18, 2018, DHL (Gaza City) informed the undersigned by email that Dr. Abu Zuhri had refused delivery, and that the package would be returned to the Court.  Exhibit A.

However, as reported in Plaintiffs' previous status report, pursuant to plaintiffs' Hague Convention request, the Head of Legal Assistance in the Israeli Ministry of Justice authorized service of the summons and complaint on a senior Hamas leader who resides in the West Bank.[1] Unlike Gaza, there are process servers in Israel that serve legal process in the West Bank. On August 27, 2018, the Nazareth-based process service company retained by plaintiffs' counsel to

---

[1] Plaintiffs respectfully prefer not to publicly identify this individual at this time, but will of course identify him under seal if the Court so orders.

effectuate this service informed us that their process server will attempt to serve the papers on this Hamas leader at his home in the West Bank city of Al Bireh, on Tuesday, August 28, 2018.

After the results of this service attempt are known, plaintiffs will promptly notify the Court either that it has succeeded, or, if it fails, what their next steps will be to serve Hamas.

August 27, 2018

                                        Plaintiffs, by their attorney,

By:    /s/ Asher Perlin_____
          Asher Perlin, Esq.
          Florida Bar No. 0979112
          4600 Sheridan Street, Suite 303
          Hollywood, Florida 33021
          Tel. 954-284-0900 ext. 102
          Fax. 954-284-0747
          Email: asherperlin@gmail.com