UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                  Plaintiffs,
vs.                                                Civ. No. 17-cv-23272-RNS

THE ISLAMIC REPUBLIC OF IRAN, et al.,

                  Defendants.
_____/

**SEVENTH STATUS REPORT REGARDING SERVICE UPON DEFENDANTS**

      Plaintiffs file this Seventh Status Report pursuant to the Court's November 28, 2017, Paperless Order (ECF No. 13) directing them to inform the Court of their efforts to effect service of process upon the defendants every 45 days.

      As previously reported to the Court in Plaintiffs' Response to Notice of Deadline to Serve (ECF 12) and Plaintiffs' prior Status Reports Regarding Service upon Defendants (ECF 18, 20, 21, 23, 27, 31), this action was filed by the estate and family members of American citizen Yitzchak Weinstock, who was murdered in a terrorist attack carried out by defendant Hamas with the material support of defendant Islamic Republic of Iran ("Iran") and others. Both defendants are located outside of the United States and can only be served abroad. Serving these defendants presents unusual complications.

      The Plaintiffs' prior status reports are incorporated by reference and supplemented as follows:

## STATUS OF SERVICE UPON IRAN

Iran was served on April 10, 2018. DE 22. The clerk entered default against Iran on June 12, 2018. DE 25. Plaintiffs expect to move for entry of default judgment against Iran by October 17, 2018.

## STATUS OF SERVICE UPON HAMAS

As reported in Plaintiffs' previous status reports, pursuant to plaintiffs' Hague Convention request to the State of Israel for service on Hamas, the Head of Legal Assistance in the Israeli Ministry of Justice authorized service of the summons and complaint on a senior Hamas leader in the West Bank. That Hamas official is Dr. Mahmoud Ramahi.

On August 28, 2018, a process server brought the summons and complaint in this action to the home of Dr. Mahmoud Ramahi and served the documents by delivering them to Dr. Ramahi's adult son, Mohammed Ramahi. The process server informed Mohammad Ramahi the package was for Dr. Ramahi and Mohammed Ramahi confirmed that he would deliver the package to his father, and signed for it. Since the delivery was made on August 28, 2018, if the service was effective Hamas is already in default.

Plaintiffs' counsel are currently in the process of confirming with the Israeli Ministry of Justice that the aforementioned August 28 service on Hamas was effective under domestic law. If so, plaintiffs will receive formal confirmation of service pursuant to the Hague Convention and file it with the Court, and request that the Clerk enter default.

In any event counsel will update the Court no later than the due date of their next status report.

October 11, 2018

        Plaintiffs, by their attorney,

    By:  _/s/ Asher Perlin_____
        Asher Perlin, Esq.
        Florida Bar No. 0979112
        4600 Sheridan Street, Suite 303
        Hollywood, Florida 33021
        Tel. 954-284-0900 ext. 102
        Fax. 954-284-0747
        Email: asherperlin@gmail.com