UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                            Civ. No. 17-cv-23272-RNS

THE ISLAMIC REPUBLIC OF IRAN, et al.,

                Defendants.

_____/

## DECLARATION OF ARIEH DAN SPITZEN

I, Arieh Dan Spitzen, of Jerusalem, Israel, declare pursuant to 28 U.S.C. § 1746, as follows, subject to the penalties for perjury:

**A.  Professional Background**

1. I am an expert in Palestinian affairs and society, including the political, social and economic aspects of Palestinian society, and the structure, leadership, personnel, and activities of various Palestinian Islamic terror groups, including Hamas, which I have researched (and continue to research) over the course of many years.

2. I have been researching Palestinian issues in Israel and the West Bank and Gaza Strip for approximately 40 years. I hold academic degrees in the History of Islamic Countries and the History of the Jewish People from the Hebrew University of Jerusalem, where I graduated with honors.

3. From 1976 to 2009, I served in various positions, mostly within the Israel Defense Forces ("IDF"), focused on researching Palestinian affairs.

4. From 1981 to 1993, I served as Head of the Research Section in the IDF's Office

1

for the Advisor for Arab Affairs in the West Bank, and as Deputy Advisor. In these capacities, I was involved in researching the socio-economic and political situation of the Palestinian population. I supervised a team of approximately ten researchers. During this period, I prepared and supervised the preparation of hundreds of research papers, staff papers, articles, anthologies and studies in Palestinian matters, which were used and relied upon by high level officials in the Israeli government and military.

5. From 1993 to 1996, I participated in the negotiations between Israel and the Palestinians of the Oslo Accords, and was a member of the team that negotiated the transfer of authority from the IDF Civil Administration to the Palestinian Authority.

6. From 1998 to 2000, I served in the IDF Civil Administration as Department Head for Palestinian Affairs in the West Bank at the rank of Colonel.

7. From 2001 to 2009, I served as Department Head for Palestinian Affairs in the West Bank and Gaza and as the Advisor to the Coordinator of Government Activities in the Territories (COGAT) at the rank of Colonel. I reported to the Head of COGAT, above whom were only two people – the Minister of Defense and the Chief of Staff. In these capacities, I was responsible (among other things) for supervising the work of IDF research and assessment personnel in various fields relating to Palestinian affairs, drafting and presenting research and policy papers concerning Palestinian affairs, and appearing before and providing briefings to senior governmental and military forums regarding Palestinian affairs. I supervised approximately 50 people. As part of my position I also provided numerous briefings about Palestinian affairs in Israel to foreign officials. During this time, I became the top authority on the socio-economic civilian situation in the West Bank and Gaza, and was responsible for writing or supervising the writing of hundreds of surveys and studies about political and social trends, the economic atmosphere and its influence, and other

diverse issues connected to the Palestinian realm. Naturally, this research included the activities of terror organizations like Hamas and others. In addition, each year I was responsible for writing and updating a comprehensive survey regarding the civilian infrastructure of the Hamas organization.

8.   Since my retirement from the IDF, I have continued to serve in the IDF Reserves as an emergency Department Head for Palestinian Affairs in COGAT. In that capacity, I continue to be fully up to date in all that occurs in the Palestinian realm, including in all matters relevant to terrorist organizations, including Hamas.

9.   I am currently an independent consultant on the Middle East, particularly Palestinian Affairs, to government agencies, research institutes and private parties. I currently provide advice regarding the socio-economic and political situation in the Palestinian Authority- controlled territories to the IDF's Coordinator of Activities in the Administered Territories and the Research Division of the IDF Intelligence Department. During the last ten years of my IDF service, I also provided advice to Israel's National Defense Council, and to various Israel security and intelligence agencies, including the Mossad.

10.   Additionally, I have served as an expert witness in the area of Palestinian affairs in dozens of court cases in Israel, including in the Israeli Supreme Court.

11.   During my last ten years in the IDF, I was a frequent participant and lecturer on the issue of Palestinian affairs at symposia, conferences, seminars and other academic meetings sponsored by Israeli universities and research institutes. I continue to lecture in academic settings on occasion.

12.   I am a popular media commentator for the Israeli press, which considers me an expert in Palestinian affairs and I am often interviewed on Arabic television stations. In addition,

3

during the last ten years of my IDF service, around once or twice per week, I gave both background and in-depth talks to senior Israeli journalists and foreign correspondents of the international media in Israel that deal in Palestinian and military issues.

13. I have previously been qualified by U.S. federal courts as an expert witness on issues related to Palestinian affairs and Hamas, including in: *Linde v. Arab Bank*, Civ. No. 04-02766 (E.D.N.Y.); *Strauss v. Credit Lyonnais*, Civ. No. 06-702 (E.D.N.Y.), *Gill v. Arab Bank*, Civ. No. 11-3706 (E.D.N.Y.), and *Braun v. Islamic Republic of Iran*, Civ. No. 15-cv-1136 (D.D.C.). I also served as an expert consultant to the plaintiffs' trial team in *Sokolow v. Palestine Liberation Organization, et al.* Civ. No. 04- 0397 (S.D.N.Y.).

14. I am fluent in Hebrew and Arabic, and I read and understand English fluently.

15. I have no financial interest in the outcome of this litigation.

16. A copy of my CV is attached hereto as Exhibit B.

**B. Hamas Carried Out the Attack in Which Yitzchak Weinstock Was Murdered**

17. I was retained by counsel for the plaintiffs in this case to attempt to locate and obtain evidence regarding the involvement of Hamas in the December 1, 1993, shooting attack near al-Bireh, in which the late Yitzchak Weinstock (and the late Shalva Ozana) were murdered.

18. Specifically, counsel informed me that the plaintiffs had been notified by Israeli authorities that the attack was carried out by Hamas, and that the news media had reported that Hamas had claimed credit for the attack, but that they required direct evidence that Hamas had carried out the attack, such as a first-hand, official statement by Hamas.[1]

---

[1] In cases where individual perpetrators involved in a terrorist attack are apprehended and prosecuted in Israel, there are often investigative materials, such as statements to the police, or court documents such as

19. Between June 1967 and early 1994 (when the Palestinian Authority was established) the entire West Bank and Gaza Strip were governed by Israel. Initially, Israel governed these territories through its Ministry of Defense and the IDF. Israel later created separate, dedicated bodies, the "Coordinator of Government Activities in the Territories" (COGAT) (established 1970) and the "Civil Administration" (established 1981) to govern the West Bank and Gaza. COGAT and the Civil Administration are subordinate to the Defense Ministry, but, unlike the IDF, they are specialized entities specifically created and operated for the dedicated purpose of governing these areas.

20. During this period, Palestinian organizations that were hostile toward Israel could not operate openly and "above ground," much less maintain radio or television stations to communicate with the Palestinian public or the world at large. Nor could they use the internet, which was then in its infancy, for that purpose.

21. Rather, the main method of public communication utilized during those years by the Palestinian nationalist, Islamic and other anti-Israel political organizations in the West Bank and Gaza (including Hamas, the various factions of the PLO, and others) were official typewritten proclamations, which were surreptitiously printed by the respective groups in the thousands or tens of thousands, and physically distributed in Palestinian towns and villages.

22. These organizational proclamations were typically published several times a week, sometimes daily, by the various groups. They addressed a very large spectrum of topics, including general or specific statements of policy, and statements responding to current events, including the

---

trial testimony and convictions, which prove the link between the particular terrorist organization involved and the attack. This type of evidence is simply not available in this case, because no one has been prosecuted for the December 1, 1993 attack.

5

actions and statements of rival groups, of Israel, or of foreign leaders or nations. The proclamations frequently contained instructions or directives from the various groups to the Palestinian public – or at least to their specific constituencies. For example, if one or more Palestinian groups wanted to initiate or terminate a public commercial strike (a tactic frequently used in those years to pressure Israel), they would so instruct the Palestinian public, through these printed proclamations.

23. Likewise, these proclamations were used by the different Palestinian organizations, including Hamas, to take "credit" for the terrorist attacks they carried out, to explain the reasons behind such attacks and the goals they were trying to achieve, and to threaten additional attacks.

24. In light of all the above, these organizational proclamations were of extreme interest to Israel, and particularly to the Israeli entities specifically responsible for governing the West Bank and Gaza Strip, i.e., COGAT and the Civil Administration. Since 1967, the Israeli Defense Ministry, including the IDF (and later, COGAT and the Civil Administration), have dedicated enormous human and material resources to researching and seeking to understand political, social and economic developments and trends in the West Bank and Gaza. By systematically collecting and analyzing these proclamations, Israel could track political trends and developments in the West Bank and Gaza, anticipate and meet threats of terrorism and violence, and formulate policies.

25. Accordingly, the Civil Administration did exactly that: it collected these proclamations on an on-going basis, translated them in whole or in part as necessary, analyzed them in writing, and circulated these analyses internally. Moreover, between 1988 and 1995, the Civil Administration published an internal serial periodical regarding these Palestinian organizational proclamations, which eventually comprised more than 20 bound volumes and many thousands of pages, entitled: "**The Proclamations as a Means of Social Guidance**" (hereinafter: the "Proclamations Series").

26. The Proclamations Series contained actual reproductions (photostats) of the organizational proclamations distributed throughout the West Bank and Gaza by the respective Palestinian groups, accompanied by partial translations, summaries, and analysis by Civil Administration specialists. The Series is chronological, and is subdivided by organization during each time period. Because it contains extensive analysis, and to shield the identity of sources who provided the proclamations to the Israeli Civil Administration, the Proclamations Series is classified.

27. The Palestinian organizational proclamations from the 1990s and earlier are little-known and/or long-forgotten, and the existence and contents of the Proclamations Series (which, as noted, is classified) is even more obscure. However, I happen to be familiar with these materials from my career in the Civil Administration, and when plaintiffs' counsel approached me as an expert on Hamas to locate an official Hamas statement regarding the December 1, 1993 attack, it was my hope that I could locate a copy of and gain access to the Proclamations Series, and that a Hamas proclamation regarding this attack had been issued by Hamas and reproduced therein.

28. After making inquiries with the relevant officers and officials in the IDF, the Civil Administration and COGAT, I learned that they did not retain a copy of the Proclamation Series.

29. After further research, I learned that a copy of the Proclamation Series had been deposited by the Civil Administration in Israel's National Library, in Jerusalem. However, because it is still official classified governmental material, the National Library does not permit public access to the Proclamation Series, and there is a notation in the National Library catalogue stating that access to it requires permission from the Civil Administration.

30. Therefore, on May 22, 2017, I wrote to Colonel Dr. Michael Milstein, the current Advisor on Palestinian Affairs in COGAT, explained that I was familiar with the contents of the Proclamation Series from my own career in the Civil Administration and that I did not believe

7

there is still any reason to maintain the Series as classified, and requested permission to access and copy the Series. Col. Milstein granted that permission on May 28, 2017.

31. Having received permission, I then examined the Proclamation Series in the National Library in Jerusalem. On page 92 of volume 21 of the Proclamation Series, which covers the period from September 1993 to December 1993, there is a photostat of an Arabic-language proclamation issued in early December 1993 by Hamas' "military wing," the Izz a-din al-Qassem Brigades. A true copy of that proclamation, along with a certified translation, is attached hereto as Exhibit A.

32. This Hamas proclamation lists six Hamas terror "operations that have been depriving the Jews of sleep," between July 12, 1993, and December 6, 1993. Exhibit A.[2] One of the attacks listed is the December 1, 1993 attack next to al-Bireh, in which Yitzchak Weinstock and Shalva Ozana were murdered, and two others were injured. *Id.*[3]

33. As discussed above, the proclamations contained in the Israeli Civil Administration's Proclamation Series were officially issued and distributed in the West Bank by the various Palestinian organizations, and collected and analyzed in real-time by the Civil Administration. There is therefore no question that this proclamation (Exhibit A) is an authentic copy of what it

---

[2] The proclamation is not dated. However, since it appears in the volume of the Proclamation Series covering the period ending in December 1993 (which was internally published by the Civil Administration in February 1994), and since the last attack listed in this proclamation was on December 6, 1993, despite the fact that Hamas carried out additional attacks later that month, I surmise that the proclamation was probably issued and distributed by Hamas a short time after December 6, 1993.

[3] The proclamation lists the attack as having occurred on December 2, rather than December 1. However, this is clearly either a typographical error, or results from the fact that Yitzchak died on the following day, i.e. December 2. The description of the attack (an ambush on a vehicle near al-Bireh with two dead and two injured) matches the facts of the December 1 attack perfectly, and I have checked and can attest that there was no such attack on December 2, 1993. Thus, there is no question in my mind that the Hamas attack referenced in this proclamation is the attack in which Yitzchak Weinstock was murdered.

8

purports to be, namely: a formal statement published by Hamas in December 1993, confirming that it carried out the attack in which Yitzchak Weinstock was murdered (and five other attacks).

34. Nor is there any reason to doubt the veracity of Hamas' statement. It is very rare for a Palestinian terror organization to claim "credit" for a terror attack it did not commit. In the first place, false claims of credit can be exposed, resulting in serious a loss of credibility for the organization in the eyes of the Palestinian public and the world. Hamas, which has always prided itself on transparency, honesty and credibility (as compared, for example, to Fatah), would be particularly careful to avoid such a situation. All the more so here, where the statement was made by the Hamas leadership in a proclamation distributed directly to the Palestinian public. Furthermore, terrorist attacks against Israeli targets carry the very real danger of a harsh Israeli response against the leadership and operatives of the organization involved. Palestinian terror groups therefore do not lightly admit to carrying out such attacks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2018

_____
Arieh Dan Spitzen

# **Exhibit A**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                    Plaintiffs,

vs.                                            Civ. No. 17-cv-23272-RNS

ISLAMIC REPUBLIC OF IRAN, et al.,

                    Defendants.
_____/

## DECLARATION OF YANIV BERMAN

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1.      I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am capable of translating accurately between Arabic and English.

2.      The English-language document attached hereto is a full and accurate translation of the Arabic-language document attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

November 6, 2018

                                                                                 Yaniv Berman

92

A proclamation issued by the Martyr Izz al-Din al-Qassam Brigades in the mirage state of Israel

## A coward turns to a dissolute person for help

To the masses of our proud people,

As he confronts our successive blows and daring attacks in Gaza and Khan Yunis, in Ramallah [a few illegible words], Rabin is looking for a way out in order to save face and flee the sea of blood, which was created as a result of the Izz al-Din al-Qassam Brigades' attacks. [A few illegible words] Rabin has secretly advised the president of the state, Ezer Weizman, to consider the possibility of forming a national unity government or a national salvation government with the Likud party. When Weizman suggested this option to the Likud leader, the latter refused at the beginning, claiming he faced difficult conditions. However, we are convinced that Netanyahu will accept the President's offer and form a coalition with Rabin in order to stand with him against the Al-Qassam Brigades, and survive the security crisis that our recent operations have caused. We in the military apparatus of the Islamic Resistance Movement (Hamas) would like to emphasize the following:

1. Rabin the coward is wrong if he believes he can stop the expansion of the Brigades by allying with Benjamin Netanyahu, a morally dissolute person, who had an immoral affair with a young woman without his wife's knowledge and suffered a political scandal three months ago because of that. We have every right to ask: since when can dissolute people or AIDS patients make history or build the glory of nations???

2. We advise Rabin the coward to get out of Gaza and the West Bank as soon as possible. We advise Netanyahu to concentrate more on trying to keep his immoral affairs a secret and read more love stories and leave politics to politicians.

3. The Martyr Izz al-Din al-Qassam Brigades are proud and honored to claim responsibility for the killing of eleven soldiers and settlers since the evening of July 12 and until the publishing of this proclamation. The Zionist military spokesman announced the death of 13 Israelis during that same period.

To our people; the following are the most important, prominent Brigades' operations that have been depriving the Jews of sleep:

- On July 12, martyr Imad Aql and his armed cell killed three Zionist soldiers in the Al-Zaytun Neighborhood and seized two M16 rifles.
- On July 24, two Hamas members killed 19-year-old soldier Yigal Vaknin in a grove near Moshav Bazra inside the Hebrew state.
- On July 24, our heroes kidnapped two Israeli soldiers (Ehud Rot and Ilan Levi) and killed them on the outskirts of Khan Yunis after seizing their machine guns.
- On November 7, three of our heroes shot at the car of former Knesset member Haim Druckman on the outskirts of Hebron. The Rabbi's driver was killed while the Rabbi was moderately injured.
- On December 2, three of our heroes ambushed a car with four settlers in it on the outskirts of Al-Bireh. Two of the settlers were killed and two were injured.
- On December 6, our heroes killed two more settlers in an ambush near Hebron and injured three more before they return to their bases sound and safe.

To our people, our masses…

Having reviewed the Honor Board created by the Al-Qassam Brigades with much blood and sweat, we can assure you that the coward-dissolute coalition in the Jewish mirage state will not frighten us at all. Cowards have no place but in the fringes of history, and dissolute people will have to settle in whorehouses or in AIDS societies. What evil places to settle in.

Jihad Brings Either Victory or Martyrdom

**The Martyr Izz al-Din al-Qassam Brigades**

**The military wing of the Islamic Resistance Movement (Hamas) – Palestine**

بيان صادر عن كتائب الشهيد عز الدين القسام

في دولة السراب الإسرائيلية

# جبان يستعين بمنحرف أخلاقيا

يا جماهيرنا الفلسطينية الأبية ...

أمام ضرباتنا المتلاحقة ومجساتنا المسلحة الجريئة في غزة والخليل ، في رام الله وأنحاء ... وفي حين وتستمر أحداث ... روحي الشعب ... ، يبحث عن مخرج يحفظ له ما ، وجهه وينقذه من بحر الدم الذي أوجدته عمليات كتائب الشهيد ... المدبر القسام نجسوها ومستنصريه ، وخطط نقد أوفد رابين سرا لرئيس الدولة (( شمعون بيريز )) للبحث عن إمكانية تشكيل حكومة وحدة وطنية أو حكومة إئتلاف وطني وذلك بتخفيف بين حزبي ... ... ... بعد أن طرح (( وايزمن )) هذا المشروع على زعيم حزب الليكود أخذ الأخير يتعزز بعدم التجاوب ويسعى أن نه شروطاً صعبة ، ولكنت على صناعة على أن (( لنتنياهو )) سيقبل بالفتراح رئيس الدولة وسيتحالف مع رابين في خندق واحد أمام كتائب القسام وللخروج من المأزق الأمني الذي سببته عملياتنا المسلحة الأخيرة ، ونحن في الجهاز العسكري لحركة المقاومة الإسلامية (( حماس )) نود التأكيد على ما يلي :

**أولاً :** إذا كان الجبان رابين يعتقد أن بتحالفه مع المنحرف الأخلاقي (( بنيامين نتنياهو )) الذي أقام علاقات غرامية لا أخلاقية مع فتاة بدون علم زوجته ما سجب له فضيحة سياسية قبل ثلاثة شهور سيبرهن مد الكتائب نهرا وأمام ... وبين حلنا هنا أن نسأل - منذ متى كان المنحرفون أخلاقيا بمرضى الإيدز صناع تاريخ أو مجد أمم ؟؟! ..

**ثانياً :** إننا ننصح الجبان رابين أن يسرع بالخروج من غزة والضفة وللفت انتباه ننتياهو إلى الإحتماء بالستر على غراميات الهابطة وقراءة مزيد من كتب الحب والغرام وأن يترك السياسة والعمل السياسي لرجال السياسة .

**ثالثاً :** بكل الشموخ والإعتزاز تعلن كتائب الشهيد عز الدين القسام مسؤوليتها عن قتل أحد عشر جنديا ومستوطنا منذ ما، الثاني عشر من أيلول وحتى تاريخ إصدار هذا البيان .. وكان الناطق العسكري الصهيوني قد أعلن عن مقتل ثلاثة عشر إسرائيليا خلال نفس هذه الفترة .

وإلى جماهير أبناء شعبنا نستعرض أهم وأبرز عمليات الكتائب التي هزت مضاجع اليهود ..

* بتاريخ ١٢ أيلول سقط أمس الشهيد عماد عقل ومجموعته المسلحة على انزياح في حي الزيتون مما أدى إلى مقتل ثلاثة من العنود الصهاينة والإحتلال . هي بندقيتين من نوع (( م ١٦ )) .

* بتاريخ ٢٤ أيلول لقتل اثنين من أعطى ، حماس الجندي (( يخال لكنين )) أبو التاسعة عشر في بيارة قرب مستوطنة بتسرا وأخل الدولة العبرية .

* وبتاريخ ٢٥ أيلول اختطف أبطالنا اثنين من الجنود الإسرائيليين وهما (( يهود ورط وإيلان ليفي )) وناسوا بقتلهم عند مشارف مدينة خانيونس ... الإحتلال . على أسلحتهم الرشاشة .

* وفي ٧ تشرين الماضي أطلق ثلاثة من أسودنا النار على سيارة عضو الكنيست السابق (( حاييم وروكمان )) عند مشارف مدينة الخليل مما أدى إلى مقتل سائق الحاخام وإصابته هو إصابة متوسطة .

* وبتاريخ ٣ كانون أول نصب ثلاثة من أبطالنا كمينا مسلحا عند مشارف مدينة البيرة وأطلقوا النار على سيارة كانت تقل أربعة من المستوطنين لقتل اثنين سهم وأصيب الآخرين بجراح .

* وبتاريخ ٦ كانون أول لقتل أبطالنا اثنين آخرين من المستوطنين في كمين مسلح قرب مدينة الخليل وأصيب ثلاثة آخرين قبل أن يعود مقاتلونا إلى قواعدهم سالمين .

يا أهلنا .. يا جماهيرنا ..

بعد استعراض لائحة الشرف هذه التي صنعتها كتائب القسام بمزيد من الدماء ، والعرق نستطيع أن نؤكد لكم أن تحالف (( الجبان والمنحرف )) في دولة السراب اليهودية لن يخيفنا ولن يحرك شعرة من أجسادنا ، لأن الجبناء ، لا مكان لهم إلا على الرصيف وفي ذيل التاريخ ، أما المنحرفون فمؤسسات المعارف وجمعيات الحماية من مرض الإيدز ستنغرم ويض القرار .

وإنه لجهاد .. نصر أو استشهاد

كتائب الشهيد عز الدين القسام

الجناح العسكري لحركة المقاومة الإسلامية ( حماس ) - فلسطين

# **Exhibit B**

Curriculum Vitae

Arieh Dan Spitzen

**PROFESSIONAL BACKGROUND**

1. My name is Arieh Dan Spitzen. My areas of expertise are: The Palestinian Authority; Palestinian society – political, social and economic research of Palestinian society; the methods of operation of the Palestinian Authority and the various powerbrokers within the Palestinian Authority; the methods of operation and modes of conduct of Palestinian Islamic terror groups, such as Hamas and the Palestine Islamic Jihad, with emphasis on their civilian infrastructures which I have researched (and continue to research) over many years. I have 40 years of professional, practical, theoretical and academic experience in these areas.

2. Until January 1, 2009, I served as the Department Head for Palestinian Affairs and as Advisor for Palestinian Affairs at the office of the Coordinator of Government Activities in the Territories at a rank and position of Colonel.

At the present time I work as a consultant on the Middle East, with an emphasis on Palestinian issues, for private and institutional organizations and research institutes (including academic institutes).

3. In 1976 I graduated with honors from the Department of the History of Islamic Countries and the Department of the History of the Jewish People, both within Jerusalem's Hebrew University.

4. Also in 1976 I established the Research Section of the Advisor for Arab Issues in the Military Government in the West Bank (later to be known as the Civil Administration). I served as head of the Research Section for two years. I was chosen for this position based on my academic achievements by Professors Amnon Cohen and Menahem Milson, both of whom served at one time or another as Arab Affairs Advisor in the West Bank.

5. From 1978 to 1981 I served as assistant to Professor Menahem Milson of the Department for Arab Language and Literature and was employed as a research-assistant in the Van Leer Jerusalem Institute. At Van Leer I dealt with issues concerning the integration of the Arab population into all levels of Israeli society. At the same time I prepared a scientific research paper about Jerusalem's economy in the 18th century which was based on original documents in Turkish and Arabic that were discovered in the archives of Jerusalem's Muslim Court. In a related effort, I also completed a scientific article - published in the prestigious "Cathedra" magazine - about Jewish endowments in Jerusalem at the end of the 18th Century.

6. From 1981 to 1993 I was Head of the Research Section in the office of the Advisor for Arab Affairs in the West Bank, as well as Deputy Advisor. In these capacities I was involved in researching the socio-economic and political situation of the Palestinian population, while focusing on political and social trends and the prevailing atmosphere. In addition, I prepared – and assisted my subordinates in preparing - hundreds of research papers, staff papers, articles, anthologies, and studies in civilian matters. These were used by the decision-making echelons at the Ministry of Defense, the office of the Coordinator of Government Activities in the Territories, and at the field level of the Central Command.

1

Almost all of the papers from that period, as well as hundreds of papers written at a later time, were given a security classification. Therefore, they could not be publicly published.

7. Between the years 1993-1996 I participated in the negotiations for the Oslo Accords and was a member of the teams that negotiated the transfer of civilian powers and responsibilities from the Civil Administration to the Palestinian Authority.

8. From 1996 to 1998 I served as Supervisor for civilian coordination and liaison in the West Bank vis-à-vis the Palestinian Authority's Ministry of Civil Affairs, and other civilian offices.

9. In 1998 I was appointed by the former Chief of Staff of the Israel Defense Forces, Shaul Mofaz, and the Minster of Defense, Yitzhak Mordechai, to serve as Department Head for Palestinian Affairs in the West Bank. I continued in this position until the year 2000, at a rank of Colonel.

10. From 2001-2009 I served as Department Head for Palestinian Affairs in the Administered Territories, and as the Advisor to the Coordinator of Government Activities in the Territories. By virtue of these positions I became the top authority on the socio-economic civilian situation in the West Bank and Gaza and was responsible for writing hundreds of surveys and studies about civilian conditions, political and social trends, the economic atmosphere and its influence, and other diverse civilian issues connected to the civilian Palestinian realm. Naturally, there was some overlap into the military sphere, and to activities connected with terror organizations like Hamas, the Islamic Jihad, the Democratic Front for the Liberation of Palestine, and Global Jihad. In addition, each year I was responsible for writing and updating a comprehensive survey regarding the civilian infrastructure of the Hamas – the *Da'wa*.

11. From January 2009-present, I continue to serve in the Israel Defense Forces reserves where I function from time to time as the emergency Department Head for Palestinian Affairs in the Administered Territories for the Coordinator of Government Activities in the Territories. In that capacity, I continue to be fully up to date in all that occurs in the Palestinian realm, including in all matters relevant to the current terror wave, its different characteristics, the profile of the terrorists who are carrying out attacks and the influence of the Palestinian powerbrokers on this terror wave.

## MEDIA

Because of my unique knowledge of the Palestinian realm, and as a respected authority on the subject, I am frequently asked to provide background information to the media. During the last ten years of my IDF service, around once or twice per week, I gave both background and in-depth talks to senior Israeli journalists that deal in Palestinian and military issues, along with foreign correspondents of the international media in Israel. In addition, I am a popular commentator for the Israeli Press, which considers me an expert on everything regarding Palestinian affairs, and am often interviewed on Arabic television stations. I recently appeared on Israel's Channel 1's "A Second Look" on a program titled "The Color of Terror Money," available at the following link: http://www.iba.org.il/program.aspx?scode=1930171

## ACADEMIC COUNSEL

During my last ten years in the IDF, I was frequently invited to lecture or participate in panels at symposiums, conferences, seminars, and scientific meetings that take place on behalf of universities and research institutes in Israel. I continue to lecture in academic settings on occasion.

## APPEARANCE AS AN EXPERT WITNESS IN U.S. COURTS

I have been admitted as an expert witness in four civil terrorism cases in the United States Federal District Court for the Eastern District of New York.

- *Linde et al v. Arab Bank, PLC*, 1:04-cv-02799 (Judge Nina Gershon)

    "Mr. Spitzen's professional experience and independent research qualify him to offer the opinions he provides in this case…. Plaintiffs have established Mr. Spitzen's expertise in all of the areas on which he proposes to testify."

- *Strauss et al v. Credit Lyonnais*, S.A., 1:06-cv-00702 (Judge Dora Irizarry)

    "While there may be legitimate questions as to whether Spitzen's 18–point test demonstrates definitively that the 13 Charities are alter egos under the standard previously discussed (*see supra* § III.B), his methodology is supported sufficiently to be admissible. Spitzen testified that the factors he used in his test are based upon those used by law enforcement authorities and other experts in determining whether an entity is controlled by Hamas, and that his methodology was approved by the Israel Security Agency ("ISA")…" 2013 WL 751283 (E.D.N.Y.) *23.

- *Weiss et al v. National Westminster Bank PLC*, 05-cv-4622 (Judge Dora Irizarry) (see above quote for *Strauss et al v. Credit Lyonnais*, *S.A.*)

- *Gill v. Arab Bank PLC*, 1:11-cv-03706 (Judge Jack Weinstein)

    "Mr. Spitzen's eighteen-factor analysis encompasses categories of information generally considered by experts who analyze entities believed to act for terrorist entities. His methodology passes muster under Daubert and Rule 702." *Gill II*, 2012 WL 5177592, at *6.

- *Fraenkel, et al. v. The Islamic Republic of Iran, et al*., Case No. 15-01080 (RMC) (D.D.C)

- *Shmuel Elimelech Braun, et al. v. The Islamic Republic of Iran*, et al. 15-cv-1136 (BAH) (D.C.C.)

I also served as an expert consultant to the plaintiffs' trial team in *Sokolow, et al. v. Palestine Liberation Organization, et al*., Case No. 04-0397 (S.D.N.Y.) in which the plaintiffs received a jury award of over $655 million in February 2015.

## APPEARANCE AS AN EXPERT WITNESS IN ISRAELI COURTS

Over the years I have appeared dozens of times in Israeli military and civilian courts, including appearances and/or giving statements to the Supreme Court in a variety of matters that relate to the Palestinian realm. It should be noted that I was a key expert witness in the "Islamic Movement" case in Israel before the District Court in Haifa, in which I gave my opinion regarding the transfer of funds to civilian infrastructures and charitable organizations of the

3

Hamas on behalf of radical foundations abroad, the Al Aqsa Foundation, Interpal, and the Charity Coalition. The Northern District Advocacy believes my testimony to have been crucial to the case.

## COUNSEL TO INSTITUTIONAL ORGANIZATIONS

By virtue of my position at the time of my service and today as a private citizen, I advised – and continue to advise - the Operation Coordinator in the Administered Territorie and the Research Division of the Intelligence Department. During the last ten years of my service in the IDF, I also advised the National Defense Council, Israel security agencies, the Mossad, and others regarding the socio-economic political civilian situation in the territories controlled by the Palestinian Authority.

## LANGUAGES

I am fluent in Hebrew and Arabic and in English reading and comprehension. I also have an intermediate-level (or better) knowledge of Italian and Turkish.

## PUBLICATIONS

Spitzen, Arieh, "The Legal Entity" and Jewish Endowments in Jerusalem at the end of the 19th Century, Cathedra, Volume 19, April 1981, pp. 73-82.