



# YITZCHAK WEINSTOCK

ANALYSIS OF INCOME LOSSES FOLLOWING A
TERRORIST ATTACK ON DECEMBER 1, 1993

August 30, 2018

## Contents

1. **INTRODUCTION** ..........................................................................................1
   1.1. ASSIGNMENT AND QUALIFICATIONS ............................................................1
   1.2. CONCLUSION ...................................................................................................2
   1.3. SCOPE OF STUDY ............................................................................................2

2. **BACKGROUND** ...........................................................................................3

3. **GLOSSARY** ..................................................................................................3

4. **METHODOLOGY** .........................................................................................4
   4.1. MEASURING LOSS OF NET INCOME ...............................................................4
   4.2. EXPECTED GROSS EARNINGS AND BENEFITS .................................................5
   4.3. INCOME TAXES AND OTHER STATUTORY DEDUCTIONS ...............................5
   4.4. PERSONAL CONSUMPTION ..............................................................................6
   4.5. EXPECTED RETIREMENT AGE AND POST-RETIREMENT EARNINGS .................7
   4.6. DISCOUNT RATES ...........................................................................................8

5. **ASSUMPTIONS** .............................................................................................8

6. **RESTRICTIONS** ...........................................................................................9

   **APPENDIX I: CV OF MARK BERENBLUT** .........................................................19

## List of Exhibits

EXHIBIT 1.1   LOSS OF NET INCOME TO DATE ASSUMING EMPLOYMENT IN ISRAEL .............................10
EXHIBIT 1.2   PRESENT VALUE OF LOSS OF FUTURE INCOME ASSUMING EMPLOYMENT IN ISRAEL ..................... 11
EXHIBIT 1.3   EXPECTED GROSS EARNINGS AND BENEFITS TO DATE ASSUMING EMPLOYMENT IN ISRAEL ............ 12
EXHIBIT 1.4   EXPECTED NET EARNINGS AND BENEFITS TO DATE ASSUMING EMPLOYMENT IN ISRAEL ............... 13

EXHIBIT 2.1   LOSS OF NET INCOME TO DATE ASSUMING EMPLOYMENT IN THE U.S. ......................... 14
EXHIBIT 2.2   PRESENT VALUE OF LOSS OF FUTURE INCOME ASSUMING EMPLOYMENT IN THE U.S. ................... 15
EXHIBIT 2.3   EXPECTED GROSS EARNINGS AND BENEFITS TO DATE ASSUMING EMPLOYMENT IN THE U.S. ......... 16
EXHIBIT 2.4   EXPECTED NET EARNINGS AND BENEFITS TO DATE ASSUMING EMPLOYMENT IN THE U.S. ........... 17

EXHIBIT 3       PATTON-NELSON PERSONAL CONSUMPTION TABLE ....................................................... 18



NERA Economic Consulting
1166 Avenue of the Americas
29th Floor
New York, NY 10036

August 30, 2018

Asher Perlin
Attorney at Law
4600 Sheridan Street, Suite 303
Hollywood, FL 33021

Dear Mr. Perlin,

**Re:** **YITZCHAK WEINSTOCK, Analysis of Income Losses Following a Terrorist Attack on December 1, 1993**

# 1. INTRODUCTION

## 1.1. Assignment and Qualifications

You have requested that I analyze the present value of the future earnings foregone by Mr. Yitzchak Weinstock as a result of his murder in a terrorist attack perpetrated on December 1, 1993 (the "Terrorist Attack").

I am qualified as a Fellow Chartered Business Valuator, a CPA, an Accredited Senior Appraiser, a Certified Fraud Examiner and am an Affiliated Consultant of NERA Economic Consulting ("NERA"). I have provided expert testimony on a variety of issues, including valuation and economic damages, for cases before courts in United States, Canada, Europe and the U.K. These include providing expert economic analysis for hundreds of personal injury and fatality matters both for plaintiff and defense. I authored the text "Proving Economic Loss" which covers, in part, the theories and methodologies used in calculating damages in such cases.[1]

My educational background and professional experience are set forth in my curriculum vitae, attached to this report as **Appendix I**. NERA is being paid a professional fee of up to $5,000 for this report.

The calculations set out herein are as at July 14, 2018 (the "Effective Date").

---

[1] Berenblut, Mark L., *Proving Economic Loss*, Thomson Carswell, 2006.

Currency amounts in this report are in U.S. dollars ("USD") unless otherwise indicated. Specifically, amounts expressed in Israeli New Shekels will be denoted "ILS". The ILS/USD exchange rate as at July 9, 2018 was 0.2754.[2]

## 1.2.    Conclusion

A summary of the conclusions as detailed in this report are set out in **Table 1** below:

**Table 1: Summary of Conclusions**

| (USD, Rounded) | Scenario A: Assuming Employment in Israel | | Scenario B: Assuming Employment in the U.S. | |
|---|---|---|---|---|
| Loss of Net Income to Date | Exh. 1.1 | $     431,000 | Exh. 2.1 | $     987,000 |
| Present Value of Loss of Future Net Income | Exh. 1.2 | $     860,000 | Exh. 2.2 | $  1,733,000 |
| **Total Present Value of Loss of Net Income** | | **$  1,291,000** | | **$  2,720,000** |

I have not considered an award of pre-judgment interest on past loss of net income. If such an award is deemed appropriate the conclusions set out above may understate the losses suffered by Mr. Weinstock.

## 1.3.    Scope of Study

In preparing my report I have reviewed and/or relied upon the following:

- Information provided by counsel as to Mr. Weinstock's background;

- An interview with Mr. Weinstock's mother, Sharon Weinstock;

- Publicly available national earnings data from the Israel Central Bureau of Statistics and the U.S. Bureau of Labor Statistics;

- Publicly available mortality data from Israel and U.S. life tables;

- Publicly available data from the Israel National Insurance Institute;

- Patton-Nelson Personal Consumption Tables setting out personal consumption rates for persons in the U.S., updated for the 2011-12 Consumer Expenditure Survey;[3] and

- Other publicly available data as cited herein.

---

[2] Bloomberg L.P., ILSUSD:CUR.

[3] Ruble, Michael R., et al., "Patton-Nelson Personal Consumption Tables 2011-12," *Journal of Legal Economics*, 21(1), 2014, pp. 41-55.

## 2.    BACKGROUND

I have been advised of the following:

- Mr. Weinstock was born on August 8, 1974;

- Mr. Weinstock was a citizen of both Israel and the U.S.;

- Prior to the Terrorist Attack Mr. Weinstock had graduated high school and was enrolled in a post high school education program. Mr. Weinstock's mother has advised me that, based on his skills and interests, he likely would have pursued engineering or computer science career paths;

- Mr. Weinstock's mother is an occupational therapist and holds a Masters in education, she worked in special education and was a vice principal of a school. Mr. Weinstock's late father had eclectic occupational experiences; he had a home heating repair business, later worked as a nature ranger for the local government, established a rescue unit for lost hikers in the Judean Desert, and had several patents to his name;

- Mr. Weinstock is one of five children. Mr. Weinstock's older brother holds a Ph.D. and works in a senior position for the Ministry of Education in Israel. Mr. Weinstock's younger brother, Aryeh, owns a tour guiding company and works in security and his other younger brother, Chaim, obtained a degree in computer science and works in the private sector. I understand Mr. Weinstock's sister has a mental disability; and

- Mr. Weinstock was murdered in the Terrorist Attack on December 1, 1993, at the age of 19.

## 3.    GLOSSARY

The following is a brief explanation of the terms and concepts used in this report:

**Past Loss of Income**

The diminution in income earning capacity from the date of the Terrorist Attack until the Effective Date of this report.

**Future Loss of Income**

The diminution in future income earning capacity over the work life expectancy of the subject.

**Loss of Net Income**

Loss of Net Income is calculated as after tax earning capacity less the personal consumption of the deceased had he remained alive.

**Present Value**

Discounting cash flows to their present value is a methodology used to determine the value at a point in time of a future stream of income. The object is to determine the value today of a sum of money or a stream of payments due at a specific time or times in the future which, when invested to accumulate interest at a particular rate, will grow to the required sum in a specified period of time.

**Net Discount Rate**

Historically the rate of interest and the rate of increase in earnings have been related to the rate of inflation. As inflation increases, interest rates and earnings tend to increase and in times of falling prices the opposite is true.

The "real" interest rate is the return, which an investor can earn over and above inflation. It is the difference between the current interest and the current inflation rate. It is common to measure interest rates using the current yields on long-term government bonds.

**Mortality**

Life Tables are used in calculating mortality. These tables give the average expected mortality at a given age and take into account the various conditions of good and poor health present in the population as well as premature death due to accident or other causes. I have incorporated the published mortality tables for both the U.S. and Israel, as appropriate, in my calculations.

## 4.    METHODOLOGY

### 4.1.    Measuring Loss of Net Income

The loss of net income is commonly measured as the income that would have been available to Mr. Weinstock had he lived.

My calculations set out herein are based on the assumption that, were it not for the Terrorist Attack, Mr. Weinstock would have completed a post-secondary degree following the fulfillment of mandatory military service in Israel. Accordingly, I have assumed that Mr. Weinstock would have begun employment on August 8, 2001 at the age of 27.[4] Consistent with information provided to me by Mr. Weinstock's mother, I have assumed that Mr. Weinstock would have studied and pursued a career path in computer science or engineering. Further, Mr. Weinstock's earnings are based on the premise that, being a citizen of both Israel and the U.S., he would have been entitled to pursue employment in either country.

My calculations are described further in the sections below and set out in the exhibits of this report.

---

[4] This timeline is consistent with the assumption that Mr. Weinstock would have completed his mandatory military service at the age of 23 before pursuing a four-year post-secondary degree.

## 4.2.     Expected Gross Earnings and Benefits

I have estimated Mr. Weinstock's expected earnings under the following assumed career scenarios, set out in **Table 2** below.

**Table 2: Assumed Career Scenarios and Current Annual Earnings**

| Scenario | Data | Current Annual Earnings |
|---|---|---|
| **A – Employment in Israel** | Average wages of "information and communications" as defined by the Israel Central Bureau of Statistics | ILS 250,236 [1] |
| **B – Employment in the U.S.** | Mid-point of the median annual earnings of "computer occupations" and "engineers" as defined by the U.S. Bureau of Labor Statistics | $90,801 [2] |

**Notes and Sources:**
[1]  Israel Central Bureau of Statistics, Average Monthly Wages per Employee Job, by Selected Industries (Divisions) at Current and Constant Prices. Average wage of "information and communications" in April 2018 (ILS 249,000) adjusted for inflation of 0.5% between April 30, 2018 and May 31, 2018.
[2]  U.S. Bureau of Labor Statistics, Occupational Employment Statistics. Average of median annual earnings of "computer occupations" ($84,580) and "engineers" ($92,220) in May 2017 adjusted for inflation of 2.7% between May 1, 2017 and May 1, 2018.

Mr. Weinstock's earning capacity included the value of expected employment benefits:

- In Israel: A recreation benefit of ILS 1,250 per annum and transportation reimbursement of ILS 22.60 per day (expressed in current currency);[5] and

- In the U.S.: Supplemental pay (3.8 percent of total compensation) and insurance (8.0 percent of total compensation).[6]

A summary of my calculation of the expected annual gross earnings and benefits of Mr. Weinstock is set out in **Exhibits 1.3 and 2.3**.

## 4.3.     Income Taxes and Other Statutory Deductions

To arrive at net earnings and benefits I have deducted income taxes and other statutory deductions including national and health insurance in Israel and social security and Medicare in the U.S.[7]

---

[5] See, for example, ShieldGeo, "Common Employee Benefits in Israel," available at http://shieldgeo.com/common-employee-benefits-in-israel/ (accessed April 3, 2018); and Lexology, "Israel – Employer Update 2017," April 12, 2017, available at: https://www.lexology.com/library/detail.aspx?g=5c989cff-5745-4581-ac9c-075f53075e74 (accessed July 6, 2018).

[6] U.S. Bureau of Labor Statistics, "Employer Costs for Employee Compensation – December 2017," March 20, 2018, p. 9, Table 5.

A summary of my calculation of the expected annual net earnings and benefits of Mr. Weinstock is set out in **Exhibits 1.4 and 2.4**.

## 4.4.    Personal Consumption

You have asked that I deduct that portion of Mr. Weinstock's income that he would have been expected to consume personally had he lived.

To estimate personal consumption I have relied on the Patton-Nelson Personal Consumption Tables, first published by Robert T. Patton and David M. Nelson in 1991, which utilize the U.S. Bureau of Labor Statistics' Consumer Expenditure Survey to estimate the level of personal consumption of pre-tax income in the U.S. The current tables have been updated for data from the 2011-12 Consumer Expenditure Survey.[8] For the purposes of these calculations I have utilized the Patton-Nelson tables to estimate personal consumption in both Israel and the U.S. as I understand that no equivalent data exist for Israeli personal consumption rates.

Personal consumption rates are dependent on both income level and household size.

Mr. Weinstock was one of five children. Mr. Weinstock was 19 years of age at the time of the Terrorist Attack and had not started a family. The larger the family the lower the rate of personal consumption for the years that the children are being supported by the parents (in the case of average levels of income). You have asked that, for the purpose of my calculations, I consider a midpoint between a family size of seven to eight at one extreme and that of a situation where Mr. Weinstock would have remained single at the other extreme. Accordingly, I assume an illustrative midpoint being a household size of four persons in Israel and a household size of three persons in the U.S.[9] A summary of the personal consumption rates of Mr. Weinstock's earnings as at the Effective Date are set out in **Table 3** below.

---

[7] Income tax and other statutory deduction rates are shown at effective rates, as a percentage of gross earnings and benefits, in Exhibits 1.4 and 2.4.

[8] Ruble, Michael R., et al., "Patton-Nelson Personal Consumption Tables 2011-12," *Journal of Legal Economics*, 21(1), 2014, pp. 41-55.

[9] These illustrative midpoints reflect approximately the national average household sizes in Israel and the U.S. respectively. Haaretz, "Study: Average Israeli Family Has 3.72 Members; 13% Have a Single Parent," January 30, 2014; U.S. Census, "Households and Families: 2010," April 2012 (showing an average household size of 2.6).

**Table 3: Summary of Personal Consumption Rates, as at the Effective Date**

| Scenario | Gross Earnings (USD) | Household Size | Personal Consumption Rate |
|----------|----------------------|----------------|---------------------------|
| A | $70,000-$75,000 | 4 | 14.5% |
| B | $100,000-$110,000 | 3 | 14.2% |

Notes and Sources:
See **Exhibit 3**.
Personal consumption rates are a percent of gross income.

An excerpt of the Patton-Nelson Personal Consumption Tables relied upon in my calculations is recreated as **Exhibit 3**.

## 4.5.    Expected Retirement Age and Post-Retirement Earnings

I have assumed that, were it not for the Terrorist Attack, Mr. Weinstock would have retired on August 8, 2041 at the age of 67.[10] In both Israel and the U.S. Mr. Weinstock would have been entitled to post-retirement income based contributions made throughout his working lifetime.

I have estimated Mr. Weinstock's expected post-retirement earnings as follows:

- In Israel: ILS 3,279 ($901) per month from Israel's national old age pension, based on an assumed household of four persons;[11] and

- In the U.S.: $2,504 per month from Social Security according to Mr. Weinstock's pre-retirement income.[12]

As with Mr. Weinstock's expected pre-retirement earnings, I have adjusted expected post-retirement earnings for statutory deductions and personal consumption to arrive at expected post-retirement net income. The personal consumption rates used in my calculation of Mr. Weinstock's post-retirement annual net income are set out in **Table 4** below.

---

[10] 67 being the age of eligibility for men for an old age pension in Israel and the "Full Retirement Age" for social security in the U.S. for persons born after 1959. See National Insurance Institute of Israel, "Conditions of entitlement," available at https://www.btl.gov.il/English%20Homepage/Benefits/Old%20Age%20Insurance/Conditions/ageofentitlement/Pages/default.aspx (accessed July 6, 2018); and U.S. Social Security, "Retirement Age Calculator," available at https://www.ssa.gov/planners/retire/ageincrease.html (accessed July 6, 2018).

[11] National Insurance Institute of Israel, "Old Age – Pension rates," available at https://www.btl.gov.il/English%20Homepage/Benefits/Old%20Age%20Insurance/Pages/Pensionrates.aspx (accessed July 6, 2018).

[12] Social Security Administration, Benefit Calculator, available at https://www.ssa.gov/cgi-bin/benefit6.cgi (accessed July 6, 2018).

**Table 4: Summary of Personal Consumption Rates, Post-Retirement**

| Scenario | Gross Income (USD) | Household Size | Personal Consumption Rate |
|----------|--------------------|-----------------|----------------------------|
| A | <$20,000* | 4 | 26.7% |
| B | $30,000-$35,000 | 3 | 25.7% |

Notes and Sources:
See **Exhibit 3**.
Personal consumption rates are a percent of gross income.
\* The minimum income level in the Patton-Nelson Personal Consumption Tables is $20,000.

## 4.6. Discount Rates

In order to calculate the appropriate net discount rate (as discussed in Section 3 above) I have selected the current yield on long-term government bonds net of inflation in Israel and the U.S. respectively. The discount rates used in my calculations are set out below in **Table 5**.

**Table 5: Assumed Net Discount Rates**

| Geography | Current Yield on Long-Term Government Bond | Inflation | Net Discount Rate |
|-----------|--------------------------------------------|-----------|---------------------|
| Israel | 1.93% [1] | 1.70% [2] | 0.23% |
| U.S. | 2.91% [1] | 2.30% [3] | 0.61% |

Notes and Sources:
[1] Federal Reserve Bank of St. Louis, International Long-Term Government Bond Yields, 10-Year Benchmark, Israel and U.S, as of June 2018.
[2] Bank of Israel, Inflation and Monetary Policies, Expected rate of inflation as at July 1, 2018. Average of expected inflation for years 1-5 and years 5-10.
[3] Federal Reserve Bank of Philadelphia, Survey of Professional Forecasters 10-year-ahead inflation forecasts as at May 11, 2018.

## 5. ASSUMPTIONS

For the purpose of this report, you have asked us to assume the following:

- Calculations are as at July 14 2018;

- Were it not for the Terrorist Attack, Mr. Weinstock would have:

    – Begun employment at age 27 in either Israel or the U.S. under the scenarios set out in Section 4 above;

    – Retired at the age of 67; and

    – Personal consumption is as indicated in Section 4.4 above.

## 6.    RESTRICTIONS

This report is not intended for general circulation or publication, nor is it to be reproduced, referred to, or used for any purpose other than for proving the damages caused to the Estate of Yitzchak Weinstock in *Weinstock et al. v. Abu Marzook*, Civ. No. 17-23202 (S.D.Fla.) and *Weinstock v. Islamic Republic of Iran, et al.*, Civ No. 23272 (S.D.Fla.), as outlined herein in Section 1 of this report, without the written consent of NERA Economic Consulting, for any purpose whatsoever. We shall not assume any responsibility of liability for losses occasioned to the estate of Mr. Weinstock, or any other party as a result of the circulation, reproduction, reference to or use of this report contrary to the provisions of this paragraph.

We reserve the right, but are under no obligation, to review our conclusions referred to in this report, and if considered necessary by us, to revise our conclusions in light of any information which becomes known to us after the date of this report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 30, 2018

Yours truly,

Mark L. Berenblut,
Affiliated Consultant

**NERA**
ECONOMIC CONSULTING

**Yitzchak Weinstock Estate**
**Exhibit 1.1**
**Loss of Net Income to Date**
**Scenario A: Employment in Israel**

| Age (1) | Expected Gross Earnings and Benefits [1] (2) | Expected Net Earnings and Benefits [2] (3) | Personal Consumption (% of Gross) Personal Consumption Rate [3] (4) | Personal Consumption Amount (5) =(2)*(4) | Loss of Net Income (6) =(3)-(5) |
|---|---|---|---|---|---|
| 27 | ILS 146,526 | ILS 100,898 | 19.1% | ILS 27,987 | ILS 72,912 |
| 28 | 156,045 | 105,999 | 19.1% | 29,805 | 76,195 |
| 29 | 153,102 | 104,422 | 19.1% | 29,242 | 75,180 |
| 30 | 154,950 | 105,412 | 19.1% | 29,595 | 75,817 |
| 31 | 158,647 | 107,393 | 19.1% | 30,302 | 77,092 |
| 32 | 158,493 | 107,311 | 19.1% | 30,272 | 77,039 |
| 33 | 163,876 | 110,196 | 18.0% | 29,498 | 80,698 |
| 34 | 170,111 | 113,537 | 18.0% | 30,620 | 82,917 |
| 35 | 176,770 | 120,909 | 18.0% | 31,819 | 89,090 |
| 36 | 181,475 | 124,816 | 18.0% | 32,666 | 92,150 |
| 37 | 185,414 | 128,528 | 17.1% | 31,706 | 96,822 |
| 38 | 191,469 | 133,755 | 17.1% | 32,741 | 101,014 |
| 39 | 205,209 | 140,385 | 16.3% | 33,449 | 106,936 |
| 40 | 216,307 | 146,047 | 16.3% | 35,258 | 110,789 |
| 41 | 226,729 | 151,271 | 15.7% | 35,596 | 115,674 |
| 42 | 238,438 | 156,973 | 15.1% | 36,004 | 120,969 |
| 43 [4] | 227,288 | 150,425 | 15.7% | 35,684 | 114,741 |

**Total Loss of Net Income to Date**          **ILS  1,566,035**

ILS/USD Exchange Rate as of July 9, 2018 [5]      0.2754

**Total Loss of Net Income to Date (*USD* )**       **$  431,286**

**Notes and Sources:**

[1] See **Exhibit 1.3**.

[2] See **Exhibit 1.4**.

[3] Ruble, Michael R., et al., "Patton-Nelson Personal Consumption Tables 2011-12," *Journal of Legal Economics* , 21(1), 2014, p. 50, Table 3a. Assumed four person household. Personal consumption is a percentage of gross earnings and benefits. See **Exhibit 3**.

[4] Pro rated for the partial year period of August 8, 2017 to July 14, 2018 (approximately 93% of a full year period).

[5] The ILS/USD exchange rate as of July 9, 2018 is 0.2754. Bloomberg L.P., ILSUSD:CUR, available at https://www.bloomberg.com/quote/ILSUSD:CUR (accessed July 14, 2018).

**Yitzchak Weinstock Estate**
**Exhibit 1.2**
**Present Value of Loss of Future Income**
**Scenario A: Employment in Israel**

| | | | July 15, 2018 to Retirement (Age 67) | | | Post-Retirement | | Total |
|---|---|---|---|---|---|---|---|---|
| | | | (1) | | | (2) | | (3) =(1)+(2) |
| Expected Annual Gross Earnings | | ILS | 250,236 [1] | | ILS | 39,348 [2] | | |
| Value of Benefits [3] | | ILS | 6,955 | | ILS | 0 | | |
| Expected Annual Gross Earnings and Benefits | | ILS | 257,191 | | ILS | 39,348 | | |
| Less: Statutory Deductions (% of Gross) | | | | | | | | |
| Income Taxes [4] | 20.2% | ILS | (52,042) | 10.0% | ILS | (3,935) | | |
| National Insurance [5] | 10.1% | | (25,893) | 2.9% | | (1,129) | | |
| Health Insurance [5] | 4.5% | | (11,504) | 3.1% | | (1,220) | | |
| Expected Annual Net Earnings and Benefits | | ILS | 167,752 | | ILS | 33,064 | | |
| Less: Personal Consumption (% of Gross) [6] | 14.5% | ILS | (37,293) | 26.7% | ILS | (10,506) | | |
| **Loss of Annual Net Income** | | **ILS** | **130,459** | | **ILS** | **22,558** | | |
| Present Value Factor [7] | | | 21.554 | | | 13.854 | | |
| **Present Value of Loss of Future Income** | | **ILS** | **2,811,938** | | **ILS** | **312,531** | **ILS** | **3,124,469** |
| ILS/USD Exchange Rate as of July 9, 2018 [8] | | | 0.2754 | | | 0.2754 | | 0.2754 |
| **Present Value of Loss of Future Income (*USD*)** | | **$** | **774,408** | | **$** | **86,071** | **$** | **860,479** |

**Notes and Sources:**

[1] Israel Central Bureau of Statistics, Average Monthly Wages per Employee Job, by Industry at Current Prices  Average wage of information and communications" employees in April 2018 (ILS 249,000) adjusted for inflation of 0 5% between April 30, 2018 and May 31, 2018

[2] National Insurance Institute of Israel, "Old Age - Pension rates," available at https://www btl gov il/English%20Homepage/Benefits/Old%20Age% 20Insurance/Pages/Pensionrates aspx (accessed July 6, 2018)  Assumed four person household (spouse and two children)

[3] Recreation benefit of ILS 1,250 and transportation reimbursement estimated at the maximum daily rate (ILS 22 60) for 250 days per annum as of 2017, adjusted for inflation

[4] Israel income tax brackets, 2008 to 2018, available at Prisha co il

[5] National Insurance Institute of Israel, "Rates and amounts of insurance contributions," available at https://www btl gov il/English%20Homepage/Insurance/ Ratesandamount/Pages/default aspx (accessed July 5, 2018)

[6] Ruble, Michael R , et al , "Patton-Nelson Personal Consumption Tables 2011-12," Journal of Legal Economics , 21(1), 2014, p  50, Table 3a  Assumed four person household  Personal consumption is a percentage of gross earnings and benefits  See **Exhibit 3**

[7] Present value of ILS 1 per annum adjusted for mortality and discounted at 0 23%, being the current yield on 10-year government bonds net of inflation

[8] The ILS/USD exchange rate as of July 9, 2018 is 0 2754  Bloomberg L P , ILSUSD:CUR, available at https://www bloomberg com/quote/ILSUSD:CUR (accessed July 9, 2018)

**Yitzchak Weinstock Estate**
**Exhibit 1.3**
**Expected Gross Earnings and Benefits to Date**
**Scenario A: Employment in Israel**

| Age | Expected Gross Earnings [1] | Value of Benefits [2] | Expected Gross Earnings and Benefits |
|---|---|---|---|
| (1) | (2) | (3) | (4) =(2)+(3) |
| 27 | ILS 141,204 | ILS 5,322 | ILS 146,526 |
| 28 | 150,377 | 5,668 | 156,045 |
| 29 | 147,540 | 5,561 | 153,102 |
| 30 | 149,322 | 5,628 | 154,950 |
| 31 | 152,884 | 5,763 | 158,647 |
| 32 | 152,736 | 5,757 | 158,493 |
| 33 | 157,923 | 5,953 | 163,876 |
| 34 | 163,932 | 6,179 | 170,111 |
| 35 | 170,349 | 6,421 | 176,770 |
| 36 | 174,883 | 6,592 | 181,475 |
| 37 | 178,679 | 6,735 | 185,414 |
| 38 | 184,624 | 6,845 | 191,469 |
| 39 | 198,240 | 6,969 | 205,209 |
| 40 | 209,351 | 6,956 | 216,307 |
| 41 | 219,842 | 6,886 | 226,729 |
| 42 | 231,566 | 6,873 | 238,438 |
| 43 [3] | 220,388 | 6,900 | 227,288 |
| **Total Loss of Gross Earnings to Date** | | | ILS 3,110,849 |

**Notes and Sources:**

[1] Israel Central Bureau of Statistics, Average Monthly Wages per Employee Job, by Industry at Current Prices. Average monthly wage of "information and communications" employees between 2011 and April 2018. Wages prior to 2011 (age 37) are estimated based on changes in Israel's consumer price index (Bank of Israel, Price Indices, Consumer index - Total)

[2] Recreation benefit of ILS 1,250 and transportation reimbursement estimated at the maximum daily rate (ILS 22.60) for 250 days per annum as of 2017. Past amounts are estimated based on changes in Israel's consumer price index

[3] Pro rated for the partial year period of August 8, 2017 to July 14, 2018 (approximately 93% of a full year period).

12

**Yitzchak Weinstock Estate**
**Exhibit 1.4**
**Expected Net Earnings and Benefits to Date**
**Scenario A: Employment in Israel**

| Age | Expected Gross Earnings and Benefits [1] | Income Taxes [2] | National Insurance [3] | Health Insurance [3] | Expected Net Earnings and Benefits |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (4) |
| 27 | ILS 146,526 | 17.7% | 9.1% | 4.3% | ILS 100,898 |
| 28 | 156,045 | 18.7% | 9.1% | 4.3% | 105,999 |
| 29 | 153,102 | 18.4% | 9.1% | 4.3% | 104,422 |
| 30 | 154,950 | 18.6% | 9.1% | 4.3% | 105,412 |
| 31 | 158,647 | 18.9% | 9.1% | 4.3% | 107,393 |
| 32 | 158,493 | 18.9% | 9.1% | 4.3% | 107,311 |
| 33 | 163,876 | 19.3% | 9.1% | 4.3% | 110,196 |
| 34 | 170,111 | 19.8% | 9.1% | 4.3% | 113,537 |
| 35 | 176,770 | 18.2% | 9.1% | 4.3% | 120,909 |
| 36 | 181,475 | 17.8% | 9.1% | 4.3% | 124,816 |
| 37 | 185,414 | 17.3% | 9.1% | 4.3% | 128,528 |
| 38 | 191,469 | 16.7% | 9.2% | 4.3% | 133,755 |
| 39 | 205,209 | 17.9% | 9.4% | 4.3% | 140,385 |
| 40 | 216,307 | 18.6% | 9.5% | 4.4% | 146,047 |
| 41 | 226,729 | 19.1% | 9.7% | 4.4% | 151,271 |
| 42 | 238,438 | 19.8% | 9.9% | 4.4% | 156,973 |
| 43 [4] | 227,288 | 19.4% | 9.9% | 4.4% | 150,425 |
| **Total Loss of Net Earnings to Date** | | | | | **ILS 2,108,278** |

**Notes and Sources:**

[1] See **Exhibit 1.3**.

[2] Israel income tax brackets, 2008 to 2018, available at Prisha.co.il. Rates prior to 2008 are assumed to be constant.

[3] National Insurance Institute of Israel, "Rates and amounts of insurance contributions," available at https://www.btl.gov.il/English%20Homepage/Insurance/Ratesandamount/Pages/default.aspx (accessed July 5, 2018). Rates are assumed to remain constant at 2018 levels. Brackets are based on average wages and are estimated based on changes in Israel consumer price index in prior years (Bank of Israel, Price Indices, Consumer index - Total).

[4] Pro rated for the partial year period of August 8, 2017 to July 14, 2018 (approximately 93% of a full year period).

**Yitzchak Weinstock Estate**
**Exhibit 2.1**
**Loss of Net Income to Date**
**Scenario B: Employment in the U.S.**

| Age | Expected Gross Earnings and Benefits [1] | Expected Net Earnings and Benefits [2] | Personal Consumption (% of Gross) | | Loss of Net Income |
|---|---|---|---|---|---|
| | | | Personal Consumption Rate [3] | Personal Consumption Amount | |
| (1) | (2) | (3) | (4) | (5) =(2)*(4) | (6) =(3)-(5) |
| 27 | $  74,345 | $  56,704 | 16.9% | $  12,564 | $  44,139 |
| 28 | 75,595 | 58,441 | 16.4% | 12,398 | 46,043 |
| 29 | 78,937 | 62,424 | 16.4% | 12,946 | 49,479 |
| 30 | 82,436 | 64,957 | 15.9% | 13,107 | 51,849 |
| 31 | 83,784 | 66,086 | 15.9% | 13,322 | 52,764 |
| 32 | 86,896 | 68,445 | 15.4% | 13,382 | 55,063 |
| 33 | 90,395 | 71,165 | 15.0% | 13,559 | 57,605 |
| 34 | 93,204 | 73,237 | 15.0% | 13,981 | 59,256 |
| 35 | 95,203 | 75,027 | 14.6% | 13,900 | 61,128 |
| 36 | 97,141 | 76,314 | 14.6% | 14,183 | 62,131 |
| 37 | 99,338 | 78,135 | 14.6% | 14,503 | 63,631 |
| 38 | 95,008 | 75,637 | 14.6% | 13,871 | 61,766 |
| 39 | 96,563 | 76,972 | 14.6% | 14,098 | 62,873 |
| 40 | 98,306 | 78,351 | 14.6% | 14,353 | 63,999 |
| 41 | 100,282 | 79,878 | 14.2% | 14,240 | 65,638 |
| 42 | 101,674 | 80,848 | 14.2% | 14,438 | 66,410 |
| 43 [4] | 96,589 | 76,685 | 14.2% | 13,716 | 62,969 |
| **Total Loss of Net Income to Date** | | | | | $  **986,745** |

**Notes and Sources:**

[1] See **Exhibit 2.3**.

[2] See **Exhibit 2.4**.

[3] Ruble, Michael R., et al., "Patton-Nelson Personal Consumption Tables 2011-12," Journal of Legal Economics , 21(1), 2014, p. 50, Table 3a. Assumed three person household. Personal consumption is a percentage of gross earnings and benefits. See **Exhibit 3**.

[4] Pro rated for the partial year period of August 8, 2017 to July 14, 2018 (approximately 93% of a full year period).

14

**Yitzchak Weinstock Estate**
**Exhibit 2.2**
**Present Value of Loss of Future Income**
**Scenario B: Employment in the U.S.**

| | | July 15, 2018 to Retirement (Age 67) (1) | | Post-Retirement (2) | | Total (3) =(1)+(2) |
|---|---|---|---|---|---|---|
| Expected Annual Gross Earnings | | $ 90,801 [1] | | $ 30,048 [2] | | |
| Value of Benefits [3] | | $ 15,394 | | $ 0 | | |
| Expected Annual Gross Earnings and Benefits | | $ 106,195 | | $ 30,048 | | |
| Less: Statutory Deductions (% of Gross) | | | | | | |
| Income Taxes [4] | 11.2% | $ (11,874) | 0.0% | $ 0 | | |
| Social Security [5] | 4.2% | (4,449) | 0.0% | 0 | | |
| Medicare [5] | 1.0% | (1,040) | 0.0% | 0 | | |
| Expected Annual Net Earnings and Benefits | | $ 88,832 | | $ 30,048 | | |
| Less: Personal Consumption (% of Gross) [6] | 14.2% | $ (15,080) | 25.7% | $ (7,722) | | |
| **Loss of Annual Net Income** | | **$ 73,752** | | **$ 22,326** | | |
| Present Value Factor [7] | | 20.140 | | 11.115 | | |
| **Present Value of Loss of Future Income** | | **$ 1,485,336** | | **$ 248,143** | | **$ 1,733,479** |

**Notes and Sources:**

[1] U.S. Bureau of Labor Statistics, Occupational Employment Statistics. Average of median annual earnings of "computer occupations" ($84,580) and "engineers" ($92,220) in May 2017 adjusted for inflation of 2.7% between May 1, 2017 and May 1, 2018.

[2] U.S. Social Security, Benefit Calculator, available at https://www.ssa.gov/cgi-bin/benefit6.cgi (accessed July 6, 2018).

[3] Estimated value of supplementary pay (3.8% of total compensation) and insurance (8.0% of total compensation), where wages are estimated as 69.6% of total compensation (U.S. Bureau of Labor Statistics, "Employer Costs for Employee Compensation – December 2017," March 20, 2017, p. 9, Table 5)

[4] Taxable income in the U.S. includes supplemental pay but not insurance benefits. I have assumed Mr. Weinstock would have filed jointly with a spouse and is eligible for the standard deduction. Deduction amounts from Fuller Professional Analysis, available at https://www.fulleredu.com/taxstats fed-income-tax/individuals/standard-deduction.php (accessed July 9, 2018). State and local income taxes are estimated by calculating the average of the highest state and local income tax rates in the U.S. (i.e., those in New York City) and lowest state and local income tax rates in the U.S. (0%)

[5] Social Security and Medicare are taxed at a rate of 6.2% and 1.45% respectively. Taxable income in the U.S. includes supplemental pay but not insurance benefits. I have assumed Mr. Weinstock would have filed jointly with a spouse and is eligible for the standard deduction. Social Security & Medicare Tax Rates available at https://www.ssa.gov/oact progdata/taxRates.html (accessed July 9, 2018)

[6] Ruble, Michael R., et al., "Patton-Nelson Personal Consumption Tables 2011-12," Journal of Legal Economics , 21(1), 2014, p. 50, Table 3a. Assumed three person household. Personal consumption is a percentage of gross earnings and benefits. See **Exhibit 3**.

[7] Present value of $1 per annum adjusted for mortality and discounted at 0.61%, being the current yield on 10-year government bonds net of inflation.

**Yitzchak Weinstock Estate**
**Exhibit 2.3**
**Expected Gross Earnings and Benefits to Date**
**Scenario B: Employment in the U.S.**

| Age | Expected Gross Earnings [1] | Value of Benefits [2] | Expected Gross Earnings and Benefits |
|---|---|---|---|
| (1) | (2) | (3) | (4) =(2)+(3) |
| 27 | $ 63,568 | $ 10,777 | $ 74,345 |
| 28 | 64,637 | 10,958 | 75,595 |
| 29 | 67,494 | 11,443 | 78,937 |
| 30 | 70,486 | 11,950 | 82,436 |
| 31 | 71,639 | 12,146 | 83,784 |
| 32 | 74,300 | 12,597 | 86,896 |
| 33 | 77,291 | 13,104 | 90,395 |
| 34 | 79,693 | 13,511 | 93,204 |
| 35 | 81,402 | 13,801 | 95,203 |
| 36 | 83,059 | 14,082 | 97,141 |
| 37 | 84,938 | 14,400 | 99,338 |
| 38 | 81,235 | 13,773 | 95,008 |
| 39 | 82,565 | 13,998 | 96,563 |
| 40 | 84,055 | 14,251 | 98,306 |
| 41 | 85,745 | 14,537 | 100,282 |
| 42 | 86,935 | 14,739 | 101,674 |
| 43 [3] | 82,587 | 14,002 | 96,589 |
| **Total Loss of Gross Earnings to Date** | | | **$ 1,545,697** |

**Notes and Sources:**

[1] U.S. Bureau of Labor Statistics, Occupational Employment Statistics. Average of median annual earnings of "computer occupations" and "engineers". Data prior to 2012 (age 38) are disaggregated and averages are calculated across sub-categories.

[2] Estimated value of supplementary pay (3.8% of total compensation) and insurance (8.0% of total compensation), where wages are estimated as 69.6% of total compensation (U.S. Bureau of Labor Statistics, "Employer Costs for Employee Compensation – December 2017," March 20, 2018, p. 9, Table 5).

[3] Pro rated for the partial year period of August 8, 2017 to July 14, 2018 (approximately 93% of a full year period).

**Yitzchak Weinstock Estate**
**Exhibit 2.4**
**Expected Net Earnings and Benefits to Date**
**Scenario B: Employment in the U.S.**

| Age | Expected Gross Earnings and Benefits [1] | Statutory Deductions (*% of Gross*) | | | Expected Net Earnings and Benefits |
| --- | --- | --- | --- | --- | --- |
| | | Income Taxes [2] | Social Security [3] | Medicare [3] | |
| (1) | (2) | (3) | (4) | (5) | (4) |
| 27 | $  74,345 | 17.6% | 5.0% | 1.2% | $  56,704 |
| 28 | 75,595 | 16.6% | 4.9% | 1.2% | 58,441 |
| 29 | 78,937 | 14.9% | 4.8% | 1.1% | 62,424 |
| 30 | 82,436 | 15.2% | 4.9% | 1.1% | 64,957 |
| 31 | 83,784 | 15.1% | 4.9% | 1.1% | 66,086 |
| 32 | 86,896 | 15.2% | 4.9% | 1.1% | 68,445 |
| 33 | 90,395 | 15.3% | 4.9% | 1.1% | 71,165 |
| 34 | 93,204 | 15.4% | 4.9% | 1.1% | 73,237 |
| 35 | 95,203 | 15.2% | 4.8% | 1.1% | 75,027 |
| 36 | 97,141 | 15.4% | 4.9% | 1.1% | 76,314 |
| 37 | 99,338 | 15.3% | 4.9% | 1.1% | 78,135 |
| 38 | 95,008 | 14.4% | 4.8% | 1.1% | 75,637 |
| 39 | 96,563 | 14.4% | 4.8% | 1.1% | 76,972 |
| 40 | 98,306 | 14.4% | 4.8% | 1.1% | 78,351 |
| 41 | 100,282 | 14.4% | 4.8% | 1.1% | 79,878 |
| 42 | 101,674 | 14.5% | 4.8% | 1.1% | 80,848 |
| 43 [4] | 96,589 | 14.6% | 4.8% | 1.1% | 76,685 |
| **Total Loss of Net Earnings to Date** | | | | | $  1,219,305 |

**Notes and Sources:**

[1] See **Exhibit 2.3**.

[2] U.S. Federal Income Tax Brackets between 2001 and 2018 available at http://www.moneychimp.com/features/tax_brackets htm (accessed July 9, 2018). Taxable income in the U.S. includes supplemental pay but not insurance benefits.  I have assumed Mr. Weinstock would have filed jointly with a spouse and is eligible for the standard deduction. Deduction amounts from Fuller Professional Education, available at https://www.fulleredu.com/taxstats/fed-income-tax/individuals/ standard-deduction.php (accessed July 9, 2018).  State and local income taxes are estimated by calculating the average of the highest state and local income tax rates in the U.S. (i.e., those in New York City) and lowest state and local income tax rates in the U.S. (0%). Historical New York State tax bracket and rate data from Tax Foundation. Historical New York City tax brackets and rates are not available and therefore I have assumed constant brackets and rates based on 2018 data.

[3] Social Security and Medicare are taxed at a rate of 6.2% and 1.45% respectively. Taxable income in the U.S. includes supplemental pay but not insurance benefits.  I have assumed Mr. Weinstock would have filed jointly with a spouse and is eligible for the standard deduction. Social Security & Medicare Tax Rates available at https://www.ssa.gov/oact progdata/taxRates.html (accessed July 9, 2018).

[4] Pro rated for the partial year period of August 8, 2017 to July 14, 2018 (approximately 93% of a full year period).

**Yitzchak Weinstock Estate**
**Exhibit 3**
**Patton-Nelson Personal Consumption**
**Table For Males, 2011-12**

| | Consumption Rate | |
| Gross<br>Income | Three Person<br>Household | Four Person<br>Household |
|---|---|---|
| (1) | (2) | (3) |
| $   20,000 | 31.3% | 26.7% |
| 25,000 | 28.1% | 23.9% |
| 30,000 | 25.7% | 21.9% |
| 35,000 | 23.8% | 20.3% |
| 40,000 | 22.3% | 19.1% |
| 45,000 | 21.0% | 18.0% |
| 50,000 | 20.0% | 17.1% |
| 55,000 | 19.1% | 16.3% |
| 60,000 | 18.3% | 15.7% |
| 65,000 | 17.6% | 15.1% |
| 70,000 | 16.9% | 14.5% |
| 75,000 | 16.4% | 14.1% |
| 80,000 | 15.9% | 13.6% |
| 85,000 | 15.4% | 13.2% |
| 90,000 | 15.0% | 12.9% |
| 95,000 | 14.6% | 12.5% |
| 100,000 | 14.2% | 12.2% |
| 110,000 | 13.6% | 11.7% |
| 120,000 | 13.0% | 11.2% |
| 130,000 | 12.5% | 10.8% |
| 140,000 | 12.0% | 10.4% |
| 150,000 | 11.6% | 10.1% |
| 160,000 | 11.3% | 9.8% |
| 170,000 | 10.9% | 9.5% |
| 180,000 | 10.6% | 9.2% |
| 190,000 | 10.4% | 9.0% |
| 200,000 | 10.1% | 8.8% |

**Notes and Sources:**

Ruble, Michael R., et al., "Patton-Nelson Personal
Consumption Tables 2011-12," *Journal of Legal
Economics* , 21(1), 2014, p. 50, Table 3a.

**APPENDIX I: CV OF MARK BERENBLUT**

## MARK BERENBLUT
### AFFILIATED CONSULTANT

Mr. Berenblut provides expertise in the areas of economics, finance, business valuation, accounting, and financial investigation. He has provided expert reports and trial and tribunal testimony in Canada, the US, and Europe, and in regulatory and arbitration hearings for complex matters involving economic damage quantification, insolvency and restructuring, securities and other class actions, financial investigation, intellectual property, and securities and business valuation.

**Economic damage quantitation in cases of personal injury, fatality, medical malpractice, contract disputes and product failure.** Mr. Berenblut has been retained in hundreds of personal injury cases and he authored the  text "Proving Economic Loss" which covers, in part, the theories and methodologies used in calculating economic damages in such cases**.**

**Bankruptcy and Insolvency, Securities and Finance, and White Collar Criminal Litigation**
Mr. Berenblut provides expertise in insolvency and restructuring matters, particularly where they intersect with forensic investigation, business valuation, and economic damage quantification. He has been retained for leading insolvency cases including matters related to the bankruptcies of Nortel, the Stanford Investment Bank, Enron, and Olympia and York Developments.
Mr. Berenblut has also been retained on behalf of insurers, directors and officers, and boards in connection with numerous securities class action cases in Canada and the US, as well as in regulatory hearings.

**Intellectual Property** In the area of intellectual property, Mr. Berenblut specializes in providing intellectual property valuation and damage analysis in commercial IP disputes including false advertising, passing off, and breach of copyright and patent. His expertise includes the valuation of brands, establishing royalty rates, patent portfolio valuation, valuation of intangibles, and other IP valuation in industries including the media, manufacturing, technology, and resources. Mr. Berenblut is regularly invited to speak at seminars and conferences, and spoke on the topic of "Patent Remedy Quantification" at the annual conference of the Intellectual Property Institute of Canada.

**International Arbitration** Mr. Berenblut has provided expert evidence before arbitrators and panels in Canada, the US, and Israel examining disputes in the areas of pharmaceutical patents, post-acquisition, and other contract disputes. He has also provided economic evidence before the European Court of Human Rights.

A graduate of The London School of Economics, Mr. Berenblut holds numerous certifications including: Accredited Senior Appraiser; CPA – CA; Fellow Chartered Business Valuator; Certified Mediator; Certified Fraud Examiner; FCA (UK); and AICPA-CFF. He is recognized by the Academy of Experts, and is the co-author/author of two books: The Litigator's Guide to Expert Witnesses and Proving Economic Loss. He was a member of the Editorial Board of The Journal of Business Valuation and also a member of the subcommittee of the Canadian Institute of Chartered Business Valuators' Professional Practice Committee that revised the Institute's Code of Ethics. Mr. Berenblut was a managing partner of a US venture capital investment fund and a member of the investment committees of several major charitable foundations.

**Education and Professional Designations**

London School of Economics and Political Science, B.Sc. (Hons) Economics, 1977

Fellow Chartered Accountant (England and Wales)

Chartered Professional Accountant (CPA)

Specialist in Investigative and Forensic Accounting (CPA.IFA)

Fellow Chartered Business Valuator (F.C.B.V.)

Accredited Senior Appraiser (Business Valuation) (A.S.A.)

Certified Fraud Examiner (C.F.E.)

American Institute of Certified Public Accountants - Certified in Financial Forensics (AICPA-CFF)

**Professional Memberships**

Institute of Chartered Accountants in England and Wales, 1981 (Fellow)

CPA, Canada, 1984

CPA, Ontario, 1984

Canadian Institute of Chartered Business Valuators, 1987 (Fellow)

American Society of Appraisers, 1989

Association of Certified Fraud Examiners, USA, 1992

Academy of Experts, England, 1995

Chicago International Dispute Resolution Association, 1998

Member, Canadian Economic Association

Member, American Bankruptcy Institute

Member, American Economic Association

Member, American Law and Economics Association

Member, American Bar Association, Sections - Dispute Resolution, Intellectual Property Law and Litigation

Past Member, Editorial Board of *The Journal of Business Valuation.*

**Professional Experience**

| | |
|---|---|
| | **NERA Economic Consulting** |
| 2008-present | Senior Vice President/Affiliated Consultant. |
| | Member of the International Arbitration, Securities and Finance, Bankruptcy & Insolvency, White Collar, Investigations and Enforcement, Antitrust and Intellectual Property Practices. |
| | |
| | **Carnegie Hill Venture Partners** |
| 2000 - 2014 | Managing Director |
| | Investment fund in information technology and life sciences. |
| | |
| | **Berenblut Consulting, Inc.** |
| 2000-2008 | President |
| | Provided expertise in financial investigations and economic and valuation matters to the legal and business communities and to government. |
| | |
| | **Arthur Andersen** |
| 1992-2000 | Worldwide Equity Partner |
| | 1997-2000:  Partner Chicago office, Strategy, Finance and Economics division. Member of "technology, communications, and media" industry team and "intellectual property" knowledge team. |
| | |
| | 1992-1997: Practice Director for the Economic and Financial Consulting division and member of the Management Board. Involved in acquisition and integration into Andersen of other practices in Canada and Israel. |
| | |
| | **Berenblut and Rosen Limited** |
| 1983-1992 | Co-Founder and Managing Partner |
| | Specialist business and securities valuation consulting practice. Acquired in 1992 by Arthur Andersen. |
| | |
| | **Laventhol and Horwath** |
| 1977-1983 | Chartered Accountant |
| | 1982-1983: Toronto, Canada. Managed and restructured companies in receivership, financial valuation, and financial investigation. |
| | |
| | 1977-1983: London, England: Experience in audit, financial investigations, and insolvency. |

## Publications

### Books

*The Litigator's Guide to Expert Witnesses*, co-authored with Dr. M. Freiman, (Canada Law Book, 1997)

*Proving Economic Loss* (Carswell, 2006)

*Ontario Insurance Commission: Law & Practice*, contributing author (Canada Law Book, 1994)

### Papers

"Trends in Canadian Securities Class Actions: 2015 Update", with Bradley A. Heys, *NERA Economic Consulting*, February 2016.

"Trends in Canadian Securities Class Actions: 2014 Update: The Docket Continues to Grow as New Filings Outpace Settlements", with Bradley A. Heys and Jacob Dwhytie, *NERA Economic Consulting*, January 2015.

"Trends in Canadian Securities Class Actions: 2013 Update: Filings Steady, Law in Flux and Settlements on the Rise", with Bradley A. Heys and Jacob Dwhytie, *NERA Economic Consulting*, February 2014.

"Trends in Canadian Securities Class Actions: 2012 Update Pace of Filings and Settlements Falls; Auditor Risk and Court Rulings Take Centre Stage", with Bradley A. Heys, *NERA Economic Consulting*, January 2013.

"Trends in Canadian Securities Class Actions: 2011 Update, Pace of Filings Grows, Pace of Settlements Slows", with Bradley A. Heys, *NERA Economic Consulting*, January 2012.

"Trends in Canadian Securities Class Actions: 2010 Update, Climbing to New Heights—the Number of Active Cases is at its Highest", with Bradley A. Heys and Tara K. Singh, *Journal of Business Valuation*, The Canadian Institute of Chartered Business Valuators, 2011 Vol. 2., pp. 45-54.

"Trends in Canadian Securities Class Actions: 2009 Update, new wave of Canadian Securities Class Actions Reaches the Certification Stage", with Bradley A. Heys, *NERA Economic Consulting*, January 2010.

"Trends in Canadian Securities Class Actions: 1997-2008, Canada Strikes its Own Course," with Bradley A. Heys and Svetlana Starykh, *Journal of Business Valuation,* The Canadian Institute of Chartered Business Valuators, 2009 Vol. 2, pp.1-12.

"Forensic Economics in Cartel Investigations," with Bradley A. Heys, *The Marker*, The Criminal Matters Committee of the CBA National Competition Law Section (April 2008)

"Subprime Impact: Litigation and Financial Markets Update II," (March 2008)

"The Subprime Mortgage Crisis," (Fall 2007)

"Use of Multidisciplinary Valuation," with co-author, *The Lawyers Weekly* (1999)

"Economic Damages in Banking Litigation," for The Canadian Institute (1997)

"How to Add the 'Fraud Protection Factor' to Share Price," with co-author, *The Lawyers Weekly* (1996)

"Use of a Business Valuator in ADR," (1996)

"International Forensic Investigations," with co-author, *The Lawyers Weekly* (1995)

"Business Valuation—In Contemplation of Litigation and Beyond," *The Lawyers Weekly* (1995)

"Technology Companies: Due Diligence & Initial Public Offering," Réseau Capital/Canadian Advanced Technology Association (1994)

"Purchase and Sale of a Small Business," CCH (1994)

"The Underpinnings of Economic Damage Quantification," Canadian Bar Association, Ontario (1992)

"Valuation & Litigation Accounting Issues Relating to Family Owned Businesses," (1992)

"Quantifying Economic Loss from Personal Injury in Cases of Medical Malpractice, Slip & Fall, & Product Liability," (1992)

"Damage Valuations—Use of a Litigation Accountant at Trial," Canadian Bar Association, Saskatchewan (1990)

"The Economic Perspective in Damage Cases," with Richard DeBoo (1989)

"Recent Developments in Tort Reform Relating to Pecuniary Damages," (1988)

"Assessment of Economic Dependency in Fatality Cases," *The Advocates' Society Journal* (1986)

"Quantification of the Economic Loss of Competitive Advantage," *The Advocates' Society Journal* (1986)

"Litigation Accounting—The Role of the Investigative Accountant in Assisting Matrimonial Lawyers," *Reports of Family Law* (1984)

"A Brief Guide to Receiverships," (1983)

**Speeches and Presentations**

"The Rise of Investor Group Actions and Other Post-Crisis Trends in European Financial Litigation" NERA Economic Consulting, Fifth Annual Financial Litigation, Disputes, and Enforcement Seminar (2015)

"Communications between Counsel and Experts - Moore v. Getahun - Have we entered a new era?" Medico-Legal Society of Toronto (2014)

"Valuation for Estate Planning Purposes" Creative Planning Financial Group, Toronto (2013)

"Recognizing Differences in Presenting Expert Testimony at Trial," Defense Research Institute (DRI), Prague (2013)

"Uncovering the Layers: An Economic Approach to Litigation Risk in Insurance," London & International Insurance Brokers Association (2013)

"Uncovering the Layers: An Economic Approach to Litigation Risk in Insurance," Insurance Institute of London (2013)

"Managing Securities Class Actions in Courts of Law and Public Opinion" Heenan Blaikie LLP (2011)

"Achieving Professionalism and Proficiency as an Expert Witness." Faculty Member: Osgoode-IPTI Expert Witness Certificate Program (2011-Present)

"International Trends in Securities Fraud Litigation and the Impact on Chinese Companies," The Hong Kong Society of Financial Analysts, Seminar, Hong Kong (2011)

"Economic Analysis in Financial Products Litigation: Recent trends, valuation issues and case examples," Chadbourne & Park LLP, London (2011)

"Patent Remedy Quantification", Intellectual Property Institute of Canada (IPIC) 84th Annual Meeting (2010)

"Deals gone bad – Liability, Mac Clauses, Solvency and Damages", NERA Economic Consulting, 13th Finance, Law & Economics Securities Litigation Seminar (2010)

"International Issues in Securities litigation and regulation", NERA Economic Consulting, 13th Finance, Law & Economics Securities Litigation Seminar (2010)

Damage Quantification in Patent Litigation: Putting the "Reasonable" in Reasonable Royalty Rate Determinations (2009)

When Competition Looks Like Coordination: What Can We Learn from the US Experience? (2009)

"Trends in Canadian Securities Class Actions" NERA on the Road, Securities Conference     New York (2009)

"Fair Market Value, Financial Statements & Market Price" (2007) Department of Justice Legal Seminar

Ontario Trial Lawyers' Association, Annual Conference (2001)

American Bar Association "Techshow 2000" Meeting (2000)

A World Conference on American Law for International Business: New Strategies in Cross-Border M&A, held by the University of Toronto, Faculty of Law (1998)

Instructor, National Institute for Trial Advocacy, Northwestern University School of Law (1998)

"Economic Issues in Litigation," at the National Conference for Corporate Counsel, hosted by the Directors Roundtable, Chicago (1998)

"Best Practices in Corporate Counsel Department Management" at the Ninth Annual Meeting of the Canadian Corporate Counsel Association in Ottawa (1997)

Banking Litigation Forum, hosted by The Canadian Institute (1997)

"Damages in Commercial Litigation," at the Canadian Institute of Chartered Business Valuators Workshop, Ottawa (1996)

Practicing in the 21st Century: A Return to Tort (1996)

Fitting the Forum to the Fuss: Alternative Dispute Resolution, hosted by Johnson & Higgins (1996)

New Opportunities in Personal Injury Practice, for the Law Society of Upper Canada (1994)

Critical Considerations in Valuing a Technology Based Company, for Réseau Capital/Canadian Advanced Technology Assoc. (1994)

Purchase and Sale of a Small Business, for CCH (1994)

Transfer Pricing Workshop (1994)

"Litigating Failure to Diagnose Fetal Distress," for the Canadian Institute (1993)

Instructor, Robert F. Hanley Masters Advocates Program, National Institute for Trial Advocacy, University of Colorado Law School (1993)

"Recovering Damages in Commercial Tort Litigation," for the Canadian Bar Association Ontario, Co-Chairman, (1992)

"Quantification of Economic Damages in Litigation Cases," for the Canadian Institute of Chartered Business Valuators, (1992)

Personal Injury Litigation—No-Fault and Beyond (1992)

Dispute Resolution Group—Ontario Insurance Commission (1990)

Symposium—Canadian Bar Association, Saskatchewan Branch (1990)

Damage Quantification Seminar (Richard DeBoo, 1989, Co-Chairman)

Expert Witness, at the Advocacy Symposium, held by the Canadian Bar Association/Law Society of Upper Canada (1988)

Co-chairman, Personal Injury Conference (1988)

Current Issues Affecting the Quantification of Economic Damages (1987)

**Selected Related Experience**

*Personal Injury/Fatality/ Medical Malpractice*

- Quantification of economic damages, provision of expert testimony in numerous cases of personal injury, fatality and medical malpractice in the U.S., Canada, and the U.K.;

- Retained by drinks manufacturer to provide analysis of damages claim for personal injury resulting from alleged unintended exploding of bottles.

- Submission of Income Loss Damages Report to the European Court of Human Rights in connection with displacement of Roma from Romania.

*Securities Litigation*

- Assessment of loss causation, materiality and transaction causation and damage quantification for class action claims of omissions and misrepresentations with respect to public company disclosures;

- Analysis of effect on share price of announcement of the "collapsing" of a dual class share structure of a public company;

- Valuation of impact on share value of pharmaceutical manufacturer of delayed market entry of a drug

- Economic analysis, damage quantification, event study and financial investigation on behalf of a financial institution in multibillion-dollar fraud on the market class action;

- Provided materiality analysis in connection with a regulatory hearing of accounting fraud charges against executives of a pharmaceutical manufacturer;

- Shareholder class action damage quantification in respect of claims against a subprime mortgage lender;

- Assessment of materiality and damage quantification for class actions resulting from alleged accounting misstatements;

- Analysis of class certification issues including assessment of market efficiency;

- Assisted company being investigated by the DOJ for its government contracting practices. Retention approved by the DOJ;

- Analyzed accounting treatments and business judgment for defence of financial executives of mortgage lender under investigation by the SEC and DOJ;

- Assisted in defence of financial institution subject to agreement with the DOJ in admission of culpability;

- ▪ Assisted CEO facing regulatory and criminal investigations for alleged securities fraud and accounting misstatements;

- ▪ Economic and financial analysis of the business methodology of a payday loan lender in a class action;

***Class Action***

- ▪ Economic analysis, event study and financial investigation on behalf of financial institution in multibillion-dollar fraud on the market class action;

- ▪ Economic damage analysis for failure of subprime mortgage lender;

- ▪ Provided economic analysis for defendants group of major worldwide manufacturers in anti-trust matter;

- ▪ Analyzed economic and financial issues from typicality and commonality perspective relating to class certification;

- ▪ Performed Event Analysis Studies (10b-5).

***Bankruptcy and Financial Distress Litigation***

- ▪ Business valuation and solvency analysis, damage quantification and forensic investigation for insolvency and restructuring matters including those arising from  CCAA and Chapter 11 filings.

- ▪ Examination of the reasonable equivalence of price paid for business  alleged fraudulent transfer (Testimony provided)

- ▪ Analysis of financial impact of withdrawal of financing, breach of contract, professional negligence, breach of fiduciary duty and misrepresentation resulting in lender liability, director liability, shareholder class action claims, and taxation issues.

- ▪ Retained as an expert in bankruptcy cases including those of Enron, CanWest, Nortel, FMF Capital, Sidney Jaffe, Olympia and York.

- ▪ Industries include finance, banking, telecommunications, energy, real estate, industrial manufacturing, and oil and gas.

***SEC / DOJ / OSC Regulatory Investigations***

- ▪ Assisted company being investigated by the DOJ for its government contracting practices. Retention approved by the DOJ;

- Analyzed accounting treatments and business judgment for defence of financial executives of mortgage lender under investigation by the SEC and DOJ, assistance with drafting response to Wells Notice;

- Analysis of market for Asset Backed Commercial Paper in connection with regulatory investigation of a public company's financial statement disclosure.

- Investigation of accounting and financial issues relating to investigation of company executives by the Ontario Securities Commission;

- Provided analysis of business behavior and accounting presentation for executive under criminal incitement for securities fraud;

- Assisted in defence of financial institution subject to agreement with the DOJ in admission of culpability;

- Assisted CEO facing regulatory and criminal investigations for alleged securities fraud and accounting misstatements.

*Financing Disputes/Lenders Liability*

- Assisted a major bank in connection with claim against it for "wrongful withdrawal of financing." (Testimony provided). Expertise included determination of financial motivation, valuation of shares of company and quantification of economics damages;

- Valuation of oil and gas property in the Gulf of Mexico and of alleged damages resulting from alleged breach of confidentiality by prospective lender(testimony provided);

- Performed financial investigation and damage determination on behalf of major bank and Receiver for aircraft leasing company alleging improper actions of Receiver.

- Analysis of prospectus offering in the hydro production industry and determination of valuation issues related to a post-acquisition dispute(testimony provided at arbitration);

*Financial Investigation/Tracing of Funds/Fraud*

- Investigation of the in $6 billion Ponzi scheme and fraud on investors by an investment bank and its officers (testimony provided at deposition and trial);

- Analysis for response to Wells notice for investigation of accounting treatment of mortgage reserves by a public company;

- Analysis of accounting treatment for off-balance sheet financing, SPEs, derivatives and prepaid transactions for multi-billion fraud-on-the-market class action;

- Economic analysis, event study and financial investigation for defendants in fraud on the market class action;

- Conducted forensic accounting assignments and provided testimony related to the diversion of funds between countries including Canada, U.S., Hong Kong, Israel, China, Switzerland, Caymans, and Bahamas;

- Investigation of a tax shelter scheme that used an intricate structure of trusts, corporations, and limited partnerships resident in Canada, U.S. and offshore;

- Review of corporate governance, transaction valuation and accounting issues relating to defence of CEO of a public company against a Department of Justice indictment;

- Identified and analyzed use of funds subject to a claim against executive for misuse of company funds;

- Investigated use of funds of telephone reseller following issuance of shares and subsequent financial failure;

- Assisted principals of leading real estate owner/developer to analyze $6 billion acquisition and divestiture history;

- Traced funds "laundered" internationally to identify the purchase of assets with embezzled funds;

- Investigation of misuse of funds by North American subsidiary of European company.

### Professional Negligence

- Analyzed account management, client disclosure and damages in disputes between stockbrokers and clients;

- Valued restaurant and quantified damages in connection with alleged negligence of professional advisors; (Testimony given.)

- Determined damages resulting from improper closing of sale and financing of condominium building;

### Breach of Contract/License Agreements

- Assess economic impact of alleged breach of licensing agreement (SafeNet Inc. v. L3 Communications Corporation);

- Analysis of damages in contract dispute between a drinks company and its bottler/distributor;

- Review of intercompany software development and IP licensing agreements to determine their economic substance and refute claim for damages from breach of contract;

- Valuation of software and intellectual property supplied to computer OEM in connection with claim for breach of licensing and supply agreement;

- Damage quantification in licensing agreement dispute in between equipment supplier and licensor in the satellite radio industry;

- Determination of damages and other items in dispute in breach of licensing agreement for technology development in the chemical industry;

- Analyzed economic impact of breaches of IT systems development agreements for both private and public sector;

- Assessment of issues in breach of terms of a grant application to a government body.

- Determination of entity value and damages resulting from alleged breach of agreement to transfer shares in a television network;

- Performed damage analysis in contract disputes with governmental agencies;

- Determined damages flowing from sale of housing development with lease terms that exceeded the term of the land lease owned by the developer;

- Investigated, on behalf of a major franchisor, compliance of multiple location fast food franchisees with franchise agreement;

- Investigation and analysis of accounting for $100 million construction project in world capital. Testimony provided;

- Quantification of effect on enterprise value of non-compliance by franchisees;

- Quantified damages resulting from breach of distributorship agreement in the perfume industry;

- Analyzed cost of extras in construction of cross Canada gas pipeline;

- Analyzed impact of increased construction costs of commercial building resulting from discovery of unmarked utility lines;

- Analyzed economic effect of breach of master fast food franchise agreement;

- Analyzed damages resulting from breach of employment agreement (testimony given).

*Valuation Due Diligence*

Acted for investment banks, lenders, equity investors and licensors in performing valuation due diligence for:

| | |
|---|---|
| Cable telephone/video provider to hotels | Major US telephone reseller |
| Clothing manufacturer | New dental technology |
| Food distributor | Physician Practice Management |
| Hardware/lumber retail chain | Telecom |
| Home improvement retail chain | Tele-personal network |
| Internet Service Provider | Window manufacturer |
| Magazine title | Portfolio valuation for technology fund |
| Major food franchisor | Life Sciences R & D |

*Business and Securities Valuation*

Valuations of business, securities and intellectual property for transaction, tax and litigation matters on behalf of investment banks, corporations, shareholders, pension funds, taxpayers, tax authorities, and the Department of Justice. Industries include:

| | |
|---|---|
| Automotive Parts | Medical Practices |
| Broadcasting | Mining and Minerals |
| Chemical Distribution | Natural Resources |
| Retail Clothing | Newspaper & Magazine Publishers |
| Chemical Manufacturing | Nursing-care homes |
| Data Processing | Oil & Gas |
| Dental Industry | Original Equipment Manufacturing |
| Drinks Bottling | Paper Manufacturing |
| Fiber Optic Cable Manufacturing | Pharmaceuticals |
| Food Manufacturing | Professional Practices |
| Forestry Products | Publishing |
| Health Care Claims Processing | Real Estate |
| Mortgage lending | Restaurant Franchising |
| Insurance brokerage | Software |
| Intellectual Property | Steel Manufacturing |
| Investment Funds | Telephone Manufacturing |

- Valuation of oil and gas properties in Gulf of Mexico in connection with a dispute arising from an alleged breach of confidentiality agreement(testimony provided);

- Valuation and pricing of drugs for purpose of a sponsor providing medication in the third world;

- Valuation of patented drugs in connection with tax dispute;

- Analysis and valuation of pension plans;

- Valuation of portfolio of index linked mortgages;

- Valuation of effect of announcement of the "collapsing" of a dual class share structure of a public company;

- Analyzed valuation integrity of $500 million securities offering for a steel mill on behalf of mutual fund which had invested in the offering;

- Analysis of valuation alternatives available for secured lenders to public and private corporations in bankruptcy;

- Advised on valuation criteria for an endowment fund's investment in management investment funds;

- Assessed appropriateness of investments by an investment manager;

- Advised in mutual fund market timing litigation;

- Valuation of trademarks, patents, and licensing agreements;

- Valuation for pension Trustees of DuPont of its share exchange with Conoco;

### *Intellectual Property*

- Valuation of interest in IP of different geographies within Nortel and the allocation of sales proceeds amongst the related companies;

- Valuation of the pricing and value of domain names and interrelationship with domain name registries;

- Economic analysis of value and materiality of an attribution clause in a license agreement in the defence industry.

- Assessed economic impact of alleged patent infringements (RIM v. Visto)

- Determined licensing value of intellectual property assets in connection with e-commerce strategy for health care association;

- Determined value of technology license in energy industry (Testimony given);

- Determined value of ecommerce portal serving the investment industry;

- Determination of trademark/brand value in packaged food industry;

- Calculated damages for patent infringement involving piping used for commercial gasoline tanks;

- Determined damages for patent infringement involving medical procedure;

- Analyzed brand value of franchise system;

- Determined value of software Development Company in breach of contract with original equipment manufacturer;

- Determined value of know-how for transfer pricing taxation purposes;

- Determined brand value of leading packaged food lines;

- Determined value of fuel technology license;

- Determination of royalties due in the recording and film industries.

- Analysis of effect of change in generic drug pricing on the performance expectation on a retail pharmacy chain

- Analysis of impact of supply interruption of generic drug on the financial  performance of its manufacturer

- Royalty studies for valuations, transaction and tax purposes.

### *Product Liability/Mass Torts*

Determined past and future business impact due to the failure of a product's performance for:

- Retained by vehicle manufacturer to provide economic and statistical analysis of experience of failure and impact on market prices in connection with defence of mass torts class action.

- Retained by Government to analyse claims for economic damages resulting from water poising emanating from quality control failure of water sanitation plant.

- Engine oil manufacturer in connection with alleged defective product resulting in damage to automobiles; (Testimony given.)

- Grass sprinkler systems manufacturer in connection with alleged failure of system in newly constructed golf course;

- Chemical manufacturer in connection with failure of "scratch off" printed product;

- Plastic resin manufacturer. Product used in architectural molding for exteriors of commercial buildings; (Testimony given.)

- Plastics formulation used in furniture manufacturing (participated in mediation).

### Taxation and Transfer Pricing

- Provided valuation advice for transfer pricing issues involving know-how regarding manufacturing processes on behalf of an OEM supplier in the auto industry;

- Valuation of, and allocation of royalty rates as between, trademark and know-how for international intra-firm licensing agreement between two divisions of a major brewing company;

- Valuation of a multi-billion dollar subsidiary of a major international pharmaceutical company for the determination of tax liability with respect to international corporate restructuring, and intra-company royalty rates;

- Financial investigation and valuation of shares of an off-shore corporation operating in the telecommunications industry and related charitable donations on behalf of the Department of Justice;

- Valuation of the capital stock of a corporation for tax assessment under the mutual fund provisions of the Income Tax Act (Canada);

- Valuation of an entity which comprised a part of a complex, international tax shelter arrangement in the film and television industry on behalf of the Canada Revenue Agency;

- Valuation of real estate holding companies for estate freezes.

### Antitrust / Competition Issues

- Advised Competition Bureau of Canada on efficiency considerations in connection with merger in energy industry;

- Pricing and market share analysis for competition matter in the paper industry;

- Provided economic analysis and financial investigation for worldwide manufacturer in defence of food additive anti-trust class action;

- Advised the Competition Bureau of Canada on financial and valuation issues with respect to a proposed transaction in the telecom industry;

- Advised the Competition Bureau of Canada on brand valuation issues with respect to acquisition by a major drinks manufacturer of beverage lines owned by a competitor;

- Economic analysis of market power and pricing study for class action claims in the financial services sector;

- Examination of abuse of dominance impact for civil antitrust litigation in the consumer electronics industry;

- Conducted financial investigation of government contracts of public company in connection with DOJ Antitrust investigation.

### Post-Acquisition Disputes

- Analysis of damages in post-acquisition dispute in power plant sale;

- Analysis of post-acquisition accounting for purchase price adjustment regarding transaction involving English and Canadian companies;

- Assisted major beverage manufacturer obtain and evaluate data and analyze claim against it by one of its bottlers (arbitration).  At issue were the rebates received over years prior to the transaction and application of the valuation formula;

- Determined appropriate valuation date and status of vendor's employment post acquisition. Testimony given at arbitration in connection with claim by vendor of shares of distributor;

- Acted as sole arbitrator in establishing purchase price adjustment following share purchase;

- Acted as accounting referee in establishing purchase price adjustments following share purchase.

### Shareholders Disputes

- Valuation of major restaurant franchise in connection with shareholder litigation

- Valued the largest television network in Canada and quantified economic damages suffered as a result of the non-transfer of shares in a dispute between shareholders; (Testimony given.)

- Valued shares for shareholder oppression claims;

- Valued food-manufacturing company to facilitate buyout terms of shareholders agreement.

### Economic Studies

- Retained by Government Commission of Inquiry to advise on the Economics of Terrorism;

- Economic Development Plan for claims of native peoples against Government;

- Determined economic best practices of dentists and dental clinics;

- Determined best practices of corporate law departments;

- Analyzed social economic effects of awards of punitive damages;

- Determination of economic value of brands for transaction purposes.

*Libel*

- Quantification of economic impact on public company of newspaper libel.

# NERA

ECONOMIC CONSULTING

NERA Economic Consulting
1166 Avenue of the Americas
29th Floor
New York, NY 10036
USA
Tel: 1 212 345 3000  Fax: 1 212 345 4650
www.nera.com

A division of Oliver, Wyman Limited

**NERA**
ECONOMIC CONSULTING

## <u>COURT TESTIMONY FOR MARK BERENBLUT</u>
## <u>FOR THE PAST 10 YEARS</u>

| <u>Date</u> | <u>Appearance Type</u> | <u>Court File #</u> | <u>Case</u> | <u>Court</u> |
|---|---|---|---|---|
| 2015 | Testimony | CV-13-481089 | Husky Injection Molding Systems Ltd. v. Robert Schad, Athena Automation Limited, 1297607 Alberta ULC, Stephen Mason And Sip A SpA | Ontario Superior Court of Justice |
| 2015 | Testimony | 1:14-cv-01749-CMH-MSN | VeriSign, Inc. v. XYZ.COM, LLC, et al. | United States District Court, Eastern District of Virginia (Alexandria Division) |
| 2014 | Testimony | No. 11-22258 | Fundamental Long Term Care, Inc., Debtor and Estate of Jackson, et al., v. General Electric Capital Corporation, et al. | United States Bankruptcy Court Middle District of Florida Tampa Division |
| 2014 | Testimony | 10-CV-00954-LTS-GWG | Severstal Wheeling INC. Retirement Committee et. al. v. WPN Corporation et al | United States District Court Southern District of New York |
| 2014 | Testimony | 09-CL-7950 | In the matter of a Plan of Compromise or Arrangement of Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Global Corporation, Nortel Networks International Corporation and Nortel Networks Technology Corporation Application Under the Companies' Creditors Arrangement Act, R.S.C. 1985, C. C-36, As Amended | Ontario Superior Court of Justice (Commercial List) and The United States Bankruptcy Court For The District Of Delaware |
| 2011 | Testimony | 00-CL-3835 31-352841 | Korea Data Systems v. Chiang | Ontario Superior Court |
| 2010 | Testimony | 00-CL-3835 31-352841 | Korea Data Systems v. Chiang | Ontario Superior Court |
| 2010 | Testimony | H-09-3712 | Laura Pendergest-Hold; R. Allen Stanford; Gilbert Lopez, Jr.; Mark Kuhrt, v. Certain Underwriters at Lloyd's of London and Arch Specialty Insurance Co. | District Court, Southern District of Texas, Houston Division |
| 2009 | Testimony | 06-CV-307599CP | Dennis Fisher, Sheila Snyder, Lawrence Dykun, Ray Shugar and Wayne Dzeoba v. IG Investment Management Ltd, CI Mutual Funds Inc., Franklin Templeton Investments Corp., AGF Funds Inc. and AIC Limited | Ontario Superior Court |
| 2008 | Testimony | 0559/00 | Jessica Greenhalgh v. Township of Douro-Dummer | Ontario Superior Court |

1