UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                    Civ. No. 17-cv-23272-RNS

THE ISLAMIC REPUBLIC OF IRAN, et al.,

                Defendants.
_____/

## DECLARATION OF JESS DOLGIN

I, Jess Dolgin, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am over twenty-one years old and I make this declaration based on personal, first-hand knowledge of the events and facts described.

2. I am the brother of Plaintiff, Sharon ("Sharonbeth") Weinstock and the son of Rabbi Simon and Shirley Dolgin, whose estates are plaintiffs in this action. Yitzchak Weinstock was my nephew.[1] I live in Los Angeles, California.

3. In 1993, I was a student at Bar Ilan University in Ramat Gan, a city near Tel Aviv, Israel.

4. On December 1, 1993, while in school, I received a call from my wife telling me that my nephew, Yitzchak Weinstock, had been shot and was fighting for his life at Hadassah Ein Karem Hospital in Jerusalem. I immediately jumped into a taxi to be with my sister and her family as they awaited news from the operating room.

---

[1] I am one of the heirs named in the wills of my late parents, Rabbi Simon A. ("Abraham Isaiah") Dolgin and the late Mrs. Shirely G. ("Shulamit") Dolgin. I hereby confirm, pursuant to Section 122 of Israel's Inheritance Law, 5725-1965, that my sister, Sharon ("Sharonbeth") Weinstock, was and is authorized by me to file and prosecute both the above-captioned civil action, and the matter of Weinstock et al. v. Abu Marzook, 17-cv-23202 (S.D.Fla.), on behalf of the estates of my aforementioned late parents, and was and is authorized by me to take on behalf of the estates any and all actions and decisions she sees fit in her absolute discretion, in respect to both civil actions and to any further legal proceedings arising therefrom.

1

5. I arrived at the hospital and found that many family members had already arrived. Additionally, dozens of complete strangers who heard of the attack gathered outside the operating room to join the family in prayer for Yitzchak's recovery. There was shock and disbelief in everyone's eyes. My mother was with Sharonbeth and Dov and they alternated between praying, crying and attempting to keep each other and the rest of our family hopeful. The doctors had already told us of the severity of the wounds and we knew just how dire the situation was.

6. My father did not go to the hospital. Due to his own medical condition, the family had decided not to tell him about the shooting until they had more information.

7. During their lifetimes, my parents had lost two daughters at very young ages. My sister Gaola, suffered from acute asthma, and died of complications when she was only 14. My sister, Marcia battled with cancer for six years before succumbing to the illness at age 36. She left behind a husband and three young children.

8. My parents suffered terribly, albeit, mostly in silence as a result of these tragedies. However, they continued to live full, active, and outwardly-happy lives.

9. For my parents, Yitzchak's murder was the *coup de grace* – a final, fatal emotional blow that, for all intents and purposes, ended their lives.

10. My father lived approximately another 11 years after Yitzchak's murder; and my mother lived an additional 13 years. However, they were forever changed. The light had been put out of their lives.

11. Losing their own daughters at such young ages was horrendous. But losing their grandson to a terrorist attack, and having to watch, helplessly, as the life of their daughter unraveled was unbearable. I remember my mother saying that there is nothing more painful than losing

a child, except perhaps watching your own child loose her child.  The impact of Yitzchak's murder on the Weinstock family was apocalyptic. Sharonbeth and Dov were devastated. Dov never recovered and from that day on seemed to always be looking out into the distance in a gaze until his death at an early age.  Sharonbeth made heroic efforts to comfort her remaining 4 children but neither Sharonbeth nor her children have recovered until this very day.

12. Sharon continues to occupy herself doing things – helpful acts for others, for example – all in Yitzchak's memory.

13. Yitzchak and his older brother, Moshe, were extremely close, and to this day, Moshe cannot even talk about the day of the murder.

14. Indeed, even now, the Weinstock family itself, remains **defined** by the murder of Yitzchak.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9/20/18
_____    _____
Date          Jess Dolgin