UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

              Plaintiffs,

vs.                                               Civ. No. 17-cv-23272-RNS

ISLAMIC REPUBLIC OF IRAN, et al.,

              Defendant.
_____/

## NOTICE OF FILING

Plaintiffs give notice of the filing of the Declaration of Michael Dolgin in support of their Motion for Default Judgment with Incorporated Memorandum of Law (DE 39). Through an oversight, this Declaration of the decedent's uncle, which was executed on September 13, 2018, was omitted from the Notice of Filing Declarations that accompanied the Motion for Default Judgment.

Respectfully submitted November 15, 2018

                                      Plaintiffs, by their attorney,

By:   /s/ Asher Perlin_____
        Asher Perlin, Esq.
        Florida Bar No. 0979112
        4600 Sheridan Street, Suite 303
        Hollywood, Florida 33021
        Tel. 954-284-0900 ext. 102
        Fax. 954-284-0747
        Email: asherperlin@gmail.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                             Civ. No. 17-cv-23272-RNS

THE ISLAMIC REPUBLIC OF IRAN, et al.,

                Defendants.

                                        /

I, Michael J. Dolgin, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am over twenty-one years old and I make this declaration based on personal, first-hand knowledge of the events and facts described.

2. I am a United States citizen and I currently live and work in Raanana, Israel.

3. I am the brother of Plaintiff Sharon Weinstock and the son of Rabbi Simon and Shirley Dolgin, whose estates are plaintiffs in this action.[1]

4. I work as a psychologist and supervisor in clinical and medical psychology. I hold bachelors and masters degrees in psychology from Bar Ilan University in Ramat Gan, Israel, and a Ph.D. from the Albert Einstein College of Medicine and Ferkauf Graduate School of Yeshiva University, New York. I have lectured at numerous universities and medical schools in both the United States and Israel. In addition to maintaining a private practice in clinical psychology, I am presently an associate professor at Ariel University in Israel.

---

[1] I am one of the heirs named in the wills of my late parents, Rabbi Simon A. ("Abraham Isaiah") Dolgin and the late Mrs. Shirely G. ("Shulamit") Dolgin. I hereby confirm, pursuant to Section 122 of Israel's Inheritance Law, 5725-1965, that my sister, Sharon ("Sharonbeth") Weinstock, was and is authorized by me to file and prosecute both the above-captioned civil action, and the matter of *Weinstock et al. v. Islamic Republic of Iran*, et al., 17-cv-23272 (S.D.Fla.), on behalf of the estates of my aforementioned late parents, and was and is authorized by me to take on behalf of the estates any and all actions and decisions she sees fit in her absolute discretion, in respect to both civil actions and to any further legal proceedings arising therefrom.

5. My parents were the elders of a large, loving, and cohesive clan that included offspring of three generations. They both grew up in poverty to immigrant parents in the United States and rose to prominence as builders of communities and institutions.

6. I find it impossible to describe how profoundly the death of their grandson, Yitzchak impacted them. The pain they felt was beyond description.

7. However, beyond the loss of a beautiful, strong, devoted, talented, funny, grandson with deep character and values and a life ahead of him, I would like to point out two additional and crucial levels of impact.

8. The first level relates to my sister, Sharon, and her unspeakable loss and pain. It is the most basic human instinct for a parent to prefer the endurance of suffering on themselves rather than on their child. This protective instinct – indeed to the point of being prepared to offer one's own life for the life of their child – runs deep in all of us and needs no explanation. But what happens when that instinct is denied and a parent must stand by and witness helplessly, fully and graphically their child's pain and suffering?

9. Imagine, God forbid, a parent watching their own child be robbed or beaten or raped – helplessly, fully and graphically. Now imagine a parent watching their child suffer the violent murder of their own child. This was the torture that my parents endured until their dying days in the suffering of their third daughter, Sharon.

10. This level of impact must be viewed under the exponential magnifying lens of my parents' own traumatic history. As parents themselves, in their 40's, they watched for many years the progressive illness and eventual, suffocating death at age 14 of their second daughter, Gaola.

11. In their 60's they accompanied their fourth daughter, Marcia, then mother of three small

children, in her years-long battle with cancer, to which she succumbed at age 35. Such parental suffering does not need, and cannot bear, description.

12. I say this to convey the exponential impact of Yizchak's murder on my parents. Imagine a parent standing by and witnessing helplessly, fully and graphically their child's pain and suffering – the ultimate pain and suffering – which they themselves had known and endured with the untimely deaths of two of their own children.

13. By the time of Yitzchak's murder, my parents were in their 70's. The human spirit can endure just so much. My father's early stage Parkinson's disease began a steep decline and my mother slipped into a depression from which she never recovered.

14. The death of a child is traumatic for any parent. By this standard, my parents were victims of trauma, multiple trauma, and exponential retraumatization. The physical and emotional effects of Yitzchak's murder were more than they could bear.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9/13/18
Date

Michael J. Dolgin, PhD.

3