

**Legal Assistance to Foreign Countries**

**ADMINISTRATION OF COURTS**

Date: 20/11/18
File: 4-1/18

**To:**
Adv. Mordechai Haller

**Subject: Request for Service of Documents**

Your request for service of documents upon <u>Dr. Mahmud Ahmed Abdel Rachman El-Ramahi –Hamas</u> has been executed.

Please find attached the certificate.

Please forward the attached documents to the proper authorities.

Sincerely,

Hadas Hovav-Mendelson
Legal Assistance to Foreign Countries
Jerusalem, Israel

Kanfey Nesharim st. 22, Jerusalem, 9546436, Israel
02-6556887    02-656919
E-mail: Foreign.Countries@court.gov.il

[stamp: Legal Assistance to Foreign Countries / Administration of Courts / 22 Kanfei Nesharim st., Jerusalem 9546, Israel / Tel: 02-6556919, Fax: 02-6556887]



משרד בתי המשפט
دائرة المحاكم
COURTS ADMINISTRATION

# Legal Assistance to Foreign Countries

לשכת סיוע משפטי למדינות זרות

Date: 20/11/18

our ref: 4-1/18

Reverse of the request
CERTIFICATE

The undersigned authority, **upon authorization from the Director of Courts**, has the honor to certify, in conformity with Article 6 of the Convention,

1) That the documents directed to **Dr. Mahmud Ahmed Abdel Rachman El-Ramahi –Hamas**, have been served*:

- o The 31/08/18
- o At Isa Tzartzur Str., El Bira , The Palestinian Authority.

a) In accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention*.

The documents referred to in the request have been delivered to:

- • Identity and description of person: **Muhamad El-Ramahi- the addressee's son**.
- o In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Annexes*

Documents returned: ...............

In appropriate cases, documents establishing the service:
..........................

Done in Jerusalem, the

Signature and/or stamp

Liat Youssim(Ms), Advocate
Head of The Legal Assistance and International Law department, Administration of Courts

9546436 ירושלים, 22 כנפי נשרים
Kanfey Nesharim st. 22, Jerusalem, 9546436, Israel
02-6556887 : פקס     02-6556919 : טל
E-mail: Foreign.Countries@court.gov.il
- ט"ו באייר תשע"ד -

מדינת ישראל
משרד המשפטים
מחלקת ייעוץ וחקיקה

ירושלים, 5 בנובמבר 2018
כ"ו חשון תשע"ט
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-011989

לכבוד
עו"ד אבי ויינשטוק
רחוב בן מימון 22
ירושלים 95464
טלפון: 02-6556887

שלום רב,

הנדון: המצאת הזמנה לדין בתיק Case No. 1:17-cv-23272 Weinstock et al. v. Islamic Republic of Iran et al.
סימוכין: מכתבכם מיום 15.1.2018; מכתבנו מיום 24.10.2018

— בהמשך למכתבנו שבסימוכין, ונוכח פרסום נוסח חדש של חוק החסינויות של ארצות הברית משנת 1999, אשר ‎חוק מס' 105-998 (Foreign Sovereign Immunities Act), אבקש להפנות את תשומת לבכם להחלטת בית המשפט בעניין זה (מצורף בזאת) ולבקש את התייחסותכם לגבי המצאת מסמכים אלה בעתיד.



רחוב צלאח א-דין 29 • ירושלים 9149001 • טלפון: 02-5425544 • פקס: 02-6467601
memunel@justice.gov.il

הסכם פשרה בוררות

הואיל והצדדים הסכימו לפנות אל הבורר הרב מרדכי ד' אויערבאך כדי שיכריע את הסכסוך ביניהם
והואיל ובפני הבורר הנ"ל, בתיק הבוררות מספר 2727181990, התקיימו דיונים
הואיל והצדדים הגיעו להסכמות כמפורט להלן, אשר אושרו ע"י הבורר הרב מרדכי דוב

ולראיה באו על החתום היום 12.9.18

_____          _____
הצדדים                    הבורר

הסכם

1. אין אנו מתחייבים, הבורר מסכים.
2. הבורר הרב הכריע, ההחלטות שנתקבלו יהיו על דעת
   הצדדים, כפי שיפורט להלן במסגרת הסכם בוררות זה (להלן: "ההסכם")
3. ההחלטה ניתנה ביום ה', ט"ז אלול תשע"ח (27/8/2018) בשעה 10:30 בבוקר.
4. מוסכם בהסכמות הצדדים על כך, שאם ימצא הבורר לנכון לשנות כללי...
5. לאחר הסכמה ... ידון הבורר בכל העניין ... על יסוד כל החומר שהוגש
   בפניו, ובהתאם לשיקול דעתו ...
6. הכרעת הבורר תינתן תוך 30 יום מהיום.
7. זו תוכן, זו הסכמה, וכך הוחלט לאמת.

_____
הצדדים

_____
הבורר

Destinatario: Il Dottore Mahmoud Ahmad Abdel Rahman Al-Ramahi

Indirizzo: El-Bireh, Cisgiordania (Palestina)

X _____
La Firma del Destinatario

31/8/18
_____
Data (giorno, mese, anno)

0505508066
0534468603

[Arabic handwritten text]