UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.

PLAINTIFF(S)

v.

ISLAMIC REPUBLIC OF IRAN, et al.,

DEFENDANT(S).

CASE NUMBER
1:17−cv−23272−RNS

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Hamas − Islamic Resistance Movement**

as of course, on the date November 26, 2018.

STEVEN M. LARIMORE
CLERK OF COURT

By  /s/ *Ketly Pierre*
Deputy Clerk

cc:  Judge Kathleen M. Williams
     Sharon Weinstock

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)