## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                         Plaintiffs,

       vs.                              Civ. No. 17-cv-23272-RNS

THE ISLAMIC REPUBLIC OF IRAN, et al.,

                         Defendants.

_____/

## DECLARATION OF ARIEH DAN SPITZEN

I, Arieh Dan Spitzen, of Jerusalem, Israel, declare pursuant to 28 U.S.C. § 1746, as follows, subject to the penalties for perjury:

### A. **Professional Background**

1.      I am an expert in Palestinian affairs and society, including the political, social and economic aspects of Palestinian society, and the structure, leadership, personnel, and activities of various Palestinian Islamic terror groups, including Hamas, which I have researched (and continue to research) over the course of many years.

2.      I have been researching Palestinian issues in Israel and the West Bank and Gaza Strip for approximately 40 years. I hold academic degrees in the History of Islamic Countries and the History of the Jewish People from the Hebrew University of Jerusalem, where I graduated with honors.

3.      From 1976 to 2009, I served in various positions, mostly within the Israel Defense Forces ("IDF"), focused on researching Palestinian affairs.

4.      From 1981 to 1993, I served as Head of the Research Section in the IDF's Office for the Advisor for Arab Affairs in the West Bank, and as Deputy Advisor. In these capacities, I was involved in researching the socio-economic and political situation of the Palestinian population. I supervised a team of approximately ten researchers. During this period, I prepared and supervised the preparation of hundreds of research papers, staff papers, articles, anthologies and studies in Palestinian matters, which were used and relied upon by high level officials in the Israeli government and military.

5.      From 1993 to 1996, I participated in the negotiations between Israel and the Palestinians of the Oslo Accords, and was a member of the team that negotiated the transfer of authority from the IDF Civil Administration to the Palestinian Authority.

6.      From 1998 to 2000, I served in the IDF Civil Administration as Department Head for Palestinian Affairs in the West Bank at the rank of Colonel.

7.      From 2001 to 2009, I served as Department Head for Palestinian Affairs in the West Bank and Gaza and as the Advisor to the Coordinator of Government Activities in the Territories (COGAT) at the rank of Colonel. I reported to the Head of COGAT, above whom were only two people – the Minister of Defense and the Chief of Staff. In these capacities, I was responsible (among other things) for supervising the work of IDF research and assessment personnel in various fields relating to Palestinian affairs, drafting and presenting research and policy papers concerning Palestinian affairs, and appearing before and providing briefings to senior governmental and military forums regarding Palestinian affairs. I supervised approximately 50 people. As part of my position I also provided numerous briefings about Palestinian affairs in Israel to foreign officials. During this time, I became the top authority on the socio-economic civilian situation in the West Bank and Gaza, and was responsible for writing or supervising the writing of hundreds of surveys

and studies about political and social trends, the economic atmosphere and its influence, and other diverse issues connected to the Palestinian realm. Naturally, this research included the activities of terror organizations like Hamas and others. In addition, each year I was responsible for writing and updating a comprehensive survey regarding the civilian infrastructure of the Hamas organization.

8.      Since my retirement from the IDF, I have continued to serve in the IDF Reserves as an emergency Department Head for Palestinian Affairs in in COGAT. In that capacity, I continue to be fully up to date in all that occurs in the Palestinian realm, including in all matters relevant to terrorist organizations, including Hamas.

9.      I am currently an independent consultant on the Middle East, particularly Palestinian Affairs, to government agencies, research institutes and private parties. I currently provide advice regarding the socio-economic and political situation in the Palestinian Authority- controlled territories to the IDF's Coordinator of Activities in the Administered Territories and the Research Division of the IDF Intelligence Department. During the last ten years of my IDF service, I also provided advice to Israel's National Defense Council, and to various Israel security and intelligence agencies, including the Mossad.

10.     Additionally, I have served as an expert witness in the area of Palestinian affairs in dozens of court cases in Israel, including in the Israeli Supreme Court.

11.     During my last ten years in the IDF, I was a frequent participant and lecturer on the issue of Palestinian affairs at symposia, conferences, seminars and other academic meetings sponsored by Israeli universities and research institutes. I continue to lecture in academic settings on occasion.

12.     I am a popular media commentator for the Israeli press, which considers me an expert in Palestinian affairs and I am often interviewed on Arabic television stations. In addition, during the last ten years of my IDF service, around once or twice per week, I gave both background and in-depth talks to senior Israeli journalists and foreign correspondents of the international media in Israel that deal in Palestinian and military issues.

13.     I have previously been qualified by U.S. federal courts as an expert witness on issues related to Palestinian affairs and Hamas, including in: *Linde v. Arab Bank*, Civ. No. 04-02766 (E.D.N.Y.); *Strauss v. Credit Lyonnais*, Civ. No. 06-702 (E.D.N.Y.), *Gill v. Arab Bank*, Civ. No. 11-3706 (E.D.N.Y.), and *Braun v. Islamic Republic of Iran*, Civ. No. 15-cv-1136 (D.D.C.). I also served as an expert consultant to the plaintiffs' trial team in *Sokolow v. Palestine Liberation Organization, et al.* Civ. No. 04- 0397 (S.D.N.Y.).

14.     I am fluent in Hebrew and Arabic, and I read and understand English fluently.

15.     I have no financial interest in the outcome of this litigation.

16.     A copy of my CV is attached hereto as Exhibit A.

## B. Dr. Mahmoud al-Ramahi

17.     Counsel for the plaintiffs in this lawsuit have informed me that their complaint against Hamas and the court summons addressed to Hamas were delivered to Dr. Mahmoud Ahmed Abdel Rahman al-Ramahi, and they have asked me to survey Dr. al-Ramahi's involvement with Hamas, and to provide my expert opinion on whether Dr. al-Ramahi is likely to have notified Hamas of this lawsuit. As explained below, Dr. al-Ramahi has been deeply involved with Hamas for decades, he is a senior Hamas leader, and it is virtually certain that he informed his colleagues in the Hamas leadership of this suit after receiving the summons and complaint.

18.     Dr. al-Ramahi was born in 1963. He studied medicine in Italy in the 1980s, and after completing his studies in 1987 returned to the West Bank.[1] He soon became active as a leader in Hamas. In 1990, Dr. al-Ramahi reorganized Hamas' local political bureaus in the West Bank and Gaza Strip. Between 1990-1992 he headed Hamas' local political bureau in the "Central Region" of the West Bank (which encompassed the cities of Ramallah, Bethlehem, Jericho and Jerusalem).[2] In December 1992 Dr. al-Ramahi was arrested and charged by Israeli authorities for his Hamas activities, and was sentenced to 28 months in prison. He was released in May 1995.[3]

19.     After his release in 1995, Dr. al-Ramahi became a representative of Hamas in the National and Islamic Institutions Committee in Ramallah (an umbrella group for coordination and consultation between members of the various Palestinian factions), and a member of Hamas' West Bank delegation for dialogue with the Palestinian Authority.[4] Dr. al-Ramahi continues to serve as a key Hamas representative to other Palestinian groups. For example, in early August 2017 he was part of a small group of Hamas leaders who met with Palestinian Authority ("PA") and Palestine

---

[1] Perhaps contrary to the popular conception, Hamas leaders tend to be highly educated, and include many engineers, physicians and other professionals and academics, as well as advanced scholars of Islamic law.

[2] *See* "Al-Ramahi: the Occupation is in the Final Quarter and Its Demise Depends on Our Performance" (Arabic), April 19, 2008, https://www.alaqsavoice.ps/news/details/16618 (Hamas-affiliated site); "The Occupation Releases the Secretary of the Legislative Council Dr. Mahmoud al-Ramahi" (Arabic), May 3, 2012, https://moi.gov.ps/home/post/7477 (Hamas-controlled site); "The Zionist Enemy Releases [PLC] Deputy Mahmoud al-Ramahi after Two Years of Captivity" (Arabic), April 1, 2009, https://www.alqassam.net/arabic/news/newsline_details/4412 (Hamas site); and "[PLC] Deputy Dr. Mahmoud al-Ramahi" (Arabic) https://web.archive.org/web/20140718143707/http://www.islah.ps/new/index.php?page=viewThread&id=691&cat=31 (Hamas site archived on July 18, 2014).

[3] *See* "Dr. Mahmoud Ahmed Abdel Rahman al-Ramahi" (Arabic), October 20, 2011, http://www.addameer.org/ar/prisoner/د-محمود-أحمد-عبد-الرحمن-الرمحي (site of the Addameer prisoner support organization).

[4] *See* "Dr. Mahmoud Abdel Rahman al-Ramahi" (Arabic), October 20, 2011, *id.*; "The Zionist Enemy," *id.*; and "The Occupation Releases," *id.*

Liberation Organization ("PLO") President Mahmoud Abbas, and in mid-August 2017 he was part of a five-person delegation of Hamas leaders who met with PA Prime Minister Rami Hamdallah.[5]

17.     In the 2006 elections to the Palestinian Legislative Council ("PLC") (the legislative body in the areas of the West Bank and Gaza Strip governed by the PA) Hamas placed Dr. al-Ramahi in the eighth slot on its national list of candidates, thereby guaranteeing him a safe seat in the PLC.[6] Hamas won a majority in the PLC in those elections, and in light of Dr. al-Ramahi's seniority and status within the organization, Hamas appointed him to two important positions following its electoral victory: Secretary of the PLC,[7] and Hamas majority whip.[8]

---

[5] *See* "'Stop dealing with Dahlan' Palestinian President Abbas tells Hamas," August 2, 2017, www.alaraby.co.uk/english/news/2017/8/2/abbas-urges-hamas-to-stop-dealing-with-dahlan; and "Released Prisoners Take a Decision to Return Their Salaries" (Arabic), August 15, 2017, at http://palestine.paldf.net/news/2017/8/14/-%D8%A7%D9%84%D8%A7%D8%B3%D8%B1%D9%89-%D8%A7%D9%84%D9%85%D8%AD%D8%B1%D8%B1%D9%88%D9%86-%D9%8A%D9%86%D8%AA%D8%B2%D8%B9%D9%88%D9%86-%D9%82%D8%B1%D8%A7%D8%B1%D8%A7-%D8%A8%D8%A7%D8%B9%D8%A7%D8%AF%D8%A9-%D8%B1%D9%88%D8%A7%D8%AA%D8%A8%D9%87%D9%85

[6] *See* The Palestinian Legislative Council - A Handbook, Washington Institute for Near East Policy (2007), at 16-17, available at https://www.washingtoninstitute.org/html/pdf/PLCHandbook.pdf

[7] The Palestinian Legislative Council - A Handbook, at 16.

[8] *See* "Peace versus Democracy in Palestine: A Conversation with Jimmy Carter," speech given on March 2, 2006, Council on Foreign Relations, www.cfr.org/event/peace-versus-democracy-palestine-conversation-jimmy-carter (former President Carter describes Dr. al-Ramahi as Hamas' "party whip and spokesman."); Helena Cobban, "Who is the real Hamas?," **Salon**, March 2, 2006, www.salon.com/2006/03/02/hamas_6/ (al-Ramahi is "a senior Hamas official" and "the chief whip of the new 74-seat Hamas bloc in the Palestinian Legislative Council"); Helena Cobban, "Hamas's Next Steps," **Boston Review**, May 3, 2006, http://bostonreview.net/helena-cobban-hamas-palestine (al-Ramahi "chief whip").

18.     Due to tensions between Hamas and the dominant "Fatah" faction of the PLO which until 2006 controlled the PLC), no new elections have been held for the PLC since 2006, and Dr. al-Ramahi has remained in his Hamas positions in the PLC until today.[9]

19.     In addition to his responsibilities on behalf of Hamas within the internal Palestinian political and public sphere, Dr. al-Ramahi speaks English well and has been interviewed on multiple occasions as Hamas spokesman by English-language television stations.[10] He has also repeatedly represented Hamas in meetings with English-speaking VIPs and journalists who visit the West Bank. For example, he has met on behalf of Hamas with former U.S. President Jimmy Carter on at least three occasions.[11] Likewise, in November 2010, Dr. al-Ramahi was among a group of five Hamas officials who met with a delegation of British Members of Parliament and journalists.[12]

---

[9] Notably, in addition to his personal Facebook page (*see* https://www.facebook.com/mahmoud.ramahi.9) (viewed January 31, 2019) Dr. al-Ramahi also has an official Facebook page as Secretary of the PLC. *See* https://www.facebook.com/dr.m.ramahi (viewed January 31, 2019). I note that due to the Hamas-Fatah fracture, the PLC's *legislative* operations have been effectively suspended since 2007. However, PLC members continue to receive their salaries and maintain their offices in the PLC building, and to conduct political activities on behalf of their respective organizations. Thus, despite their inability to legislate, Dr. al-Ramahi and other Hamas members of the PLC remain politically and publicly active on behalf of Hamas, and exploit the status, salary, offices and partial parliamentary immunity of their positions in the PLC, to do so.

[10] *See e.g.* "Where now for Israel and Gaza? Channel 4 News talks to Hamas spokesman Dr. Mahmoud Ramahi and Israel's ambassador to the UK, Daniel Taub about escalating tensions in Israel and Gaza," November 15, 2012, www.channel4.com/news/where-now-for-israel-and-gaza; "Exit polls for Palestinian elections," AP Archive, published July 21, 2015, www.youtube.com/watch?v=ipR_NSYuv_c, at 01:00-01:19; "Palestinians march in Ramallah to show solidarity with Gaza residents," AP Archive, published November 20, 2012, www.youtube.com/watch?v=H8rF7MdJMEg, at 00:48-00:59; "Final meeting of Fatah-controlled PLC before Hamas takes over," AP Archive, published July 30, 2015, www.youtube.com/watch?v=4EtisQrMkGw, at 01:20-01:53.

[11] *See* Jimmy Carter, Palestine: Peace Not Apartheid (2006) at p. 184 (meetings with Dr. al-Ramahi in 1996 and 2006); http://ikhwanweb.com/article.php?id=20509 (June 2009 meeting).

[12] *See* www.i24news.tv/en/news/international/middle-east/182208-180820-exclusive-jeremy-corbyn-s-secret-trip-to-israel-to-meet-hamas

20.     Between 2006 and 2014, Dr. al-Ramahi was arrested and detained repeatedly by Israeli authorities for his Hamas activities. He appealed his detentions up to the Israeli Supreme Court, which upheld them each time. In a decision issued on February 28, 2011, the Supreme Court found that Dr. al-Ramahi is a "senior Hamas operative."[13] In a decision issued on February 21, 2013, the Supreme Court found that Dr. al-Ramahi is "a senior Hamas operative, who is involved in activity that constitutes a clear danger to the security of the region."[14] In a decision issued on October 20, 2013, the Supreme Court found that Dr. al-Ramahi's activities "are directed at strengthening and entrenching the infrastructure of the Hamas organization … that infrastructure is the basis for, and is intertwined with, the organization's terrorist activities."[15] In a decision issued on April 23, 2014, the Supreme Court found that Dr. al-Ramahi poses a "real danger" to the security of the region.[16]

---

[13] H.C.J. 130/11 *Ramahi v. Commander of IDF Forces, et al.* (Hebrew) at p.1, available at https://supremedecisions.court.gov.il/Home/Download?path=HebrewVerdicts\11\300\001\p03&fileName=11001300_p03.txt&type=4

[14] H.C.J. 278/13 *Ramahi v. Commander of IDF Forces, et al.* (Hebrew) available at https://supremedecisions.court.gov.il/Home/Download?path=HebrewVerdicts\13\780\002\b04&fileName=13002780_b04.txt&type=4

[15] H.C.J. 5129/13 *Ramahi v. Commander of IDF Forces, et al.* (Hebrew) at p. 6, available at https://supremedecisions.court.gov.il/Home/Download?path=HebrewVerdicts\13\290\051\b02&fileName=13051290_b02.txt&type=4

[16] H.C.J. 1989/14 *Ramahi v. Commander of IDF Forces, et al.* (Hebrew) at p. 1, available at https://supremedecisions.court.gov.il/Home/Download?path=HebrewVerdicts\14\890\019\v04&fileName=14019890_v04.txt&type=4

21.     In light of Dr. al-Ramahi's lengthy history, seniority and past and present positions of responsibility in Hamas, and given my familiarity with Hamas' internal operations and the nature of the relationships prevailing between Hamas' officers and leaders, in my professional opinion and experience it is virtually certain that Dr. al-Ramahi informed the top Hamas organizational leadership about this lawsuit after receiving the complaint and summons (and very likely sent copies of those documents to the top leadership). Dr. al-Ramahi has dedicated almost his entire adult life to the Hamas "cause," and has experienced very significant personal sacrifices as a result (i.e., repeated incarcerations). Hamas' success and welfare are thus clearly very important to him. It is therefore extremely difficult to imagine that he refrained from notifying the Hamas leadership about a lawsuit that could harm Hamas by causing it financial loss. Furthermore, if Dr. al-Ramahi failed to inform chief Hamas leaders about this lawsuit, he would risk harming his own relationship with them, and undermine his own status within the organization. Thus, the idea that Dr. al-Ramahi neglected to alert Hamas' top leadership to this lawsuit is extremely improbable.

### C. <u>Hamas' Activities in the United States Until December 1993</u>

22.     Counsel for the plaintiffs have also asked me to clarify whether the U.S.-based Hamas-related activities of Mousa Abu Marzook, described in the Declaration that I executed on October 3, 2018, in the matter of *Weinstock v. Abu Marzook*, Civ. No. 17-cv-23202-RNS (S.D. Fla.), which I attach hereto and incorporate by reference, were carried out on behalf of Hamas.

23.     The answer to counsel's question is definitely affirmative. In fact, I respectfully believe the answer is obvious from the contents of my Declaration. As I explained therein, after Hamas' 1989 crisis of leadership, while living and operating in the United States Abu Marzook established and became the chief of Hamas' Political Bureau, which was the highest decision-

making and executive body in Hamas, and he held that position continuously until 1995. Thus, Abu Marzook was not some "outside," private person unilaterally taking actions to help Hamas; rather, he was Hamas' most senior executive, decision-maker, organizer and fundraiser, and his Hamas-related activities in the U.S. were carried out further to and in fulfillment of his position in Hamas, in coordination with both the other individual members of the Hamas Political Bureau and lower-level Hamas leaders and operatives on the ground in the West Bank and the Gaza Strip. Abu Marzook's Hamas-related activities in the U.S. were therefore carried out for and on behalf of Hamas, and constituted the official activities of Hamas itself, as an organization.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 3, 2019

Arieh Dan Spitzen

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA


SHARON WEINSTOCK, et al.,

                  Plaintiffs,

      vs.                                       Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                  Defendant.

_____/


**DECLARATION OF ARIEH DAN SPITZEN**


I, Arieh Dan Spitzen, of Jerusalem, Israel, declare pursuant to 28 U.S.C. § 1746, as follows, subject to the penalties for perjury:

**A.**   **Professional Background**

1.     I am an expert in Palestinian affairs and society, including the political, social and economic aspects of Palestinian society, and the structure, leadership, personnel, and activities of various Palestinian Islamic terror groups, including Hamas, which I have researched (and continue to research) over the course of many years.

2.     I have been researching Palestinian issues in Israel and the West Bank and Gaza Strip for approximately 40 years. I hold academic degrees in the History of Islamic Countries and the History of the Jewish People from the Hebrew University of Jerusalem, where I graduated with honors.

3.     From 1976 to 2009, I served in various positions, mostly within the Israel Defense Forces ("IDF"), focused on researching Palestinian affairs.

4.     From 1981 to 1993, I served as Head of the Research Section in the IDF's Office

for the Advisor for Arab Affairs in the West Bank, and as Deputy Advisor. In these capacities, I was involved in researching the socio-economic and political situation of the Palestinian population. I supervised a team of approximately ten researchers. During this period, I prepared and supervised the preparation of hundreds of research papers, staff papers, articles, anthologies and studies in Palestinian matters, which were used and relied upon by high level officials in the Israeli government and military.

5.      From 1993 to 1996, I participated in the negotiations between Israel and the Palestinians of the Oslo Accords, and was a member of the team that negotiated the transfer of authority from the IDF Civil Administration to the Palestinian Authority.

6.      From 1998 to 2000, I served in the IDF Civil Administration as Department Head for Palestinian Affairs in the West Bank at the rank of Colonel.

7.      From 2001 to 2009, I served as Department Head for Palestinian Affairs in the West Bank and Gaza and as the Advisor to the Coordinator of Government Activities in the Territories (COGAT) at the rank of Colonel. I reported to the Head of COGAT, above whom were only two people – the Minister of Defense and the Chief of Staff. In these capacities, I was responsible (among other things) for supervising the work of IDF research and assessment personnel in various fields relating to Palestinian affairs, drafting and presenting research and policy papers concerning Palestinian affairs, and appearing before and providing briefings to senior governmental and military forums regarding Palestinian affairs. I supervised approximately 50 people. As part of my position I also provided numerous briefings about Palestinian affairs in Israel to foreign officials. During this time, I became the top authority on the socio-economic civilian situation in the West Bank and Gaza, and was responsible for writing or supervising the writing of hundreds of surveys and studies about political and social trends, the economic atmosphere and its influence, and other

diverse issues connected to the Palestinian realm. Naturally, this research included the activities of terror organizations like Hamas and others. In addition, each year I was responsible for writing and updating a comprehensive survey regarding the civilian infrastructure of the Hamas organization.

8.      Since my retirement from the IDF, I have continued to serve in the IDF Reserves as an emergency Department Head for Palestinian Affairs in in COGAT. In that capacity, I continue to be fully up to date in all that occurs in the Palestinian realm, including in all matters relevant to terrorist organizations, including Hamas.

9.      I am currently an independent consultant on the Middle East, particularly Palestinian Affairs, to government agencies, research institutes and private parties. I currently provide advice regarding the socio-economic and political situation in the Palestinian Authority- controlled territories to the IDF's Coordinator of Activities in the Administered Territories and the Research Division of the IDF Intelligence Department. During the last ten years of my IDF service, I also provided advice to Israel's National Defense Council, and to various Israel security and intelligence agencies, including the Mossad.

10.     Additionally, I have served as an expert witness in the area of Palestinian affairs in dozens of court cases in Israel, including in the Israeli Supreme Court.

11.     During my last ten years in the IDF, I was a frequent participant and lecturer on the issue of Palestinian affairs at symposia, conferences, seminars and other academic meetings sponsored by Israeli universities and research institutes. I continue to lecture in academic settings on occasion.

12.     I am a popular media commentator for the Israeli press, which considers me an expert in Palestinian affairs and I am often interviewed on Arabic television stations. In addition,

during the last ten years of my IDF service, around once or twice per week, I gave both back-ground and in-depth talks to senior Israeli journalists and foreign correspondents of the international media in Israel that deal in Palestinian and military issues.

13.     I have previously been qualified by U.S. federal courts as an expert witness on issues related to Palestinian affairs and Hamas, including in: *Linde v. Arab Bank*, Civ. No. 04-02766 (E.D.N.Y.); *Strauss v. Credit Lyonnais*, Civ. No. 06-702 (E.D.N.Y.) and *Gill v. Arab Bank*, Civ. No. 11-3706 (E.D.N.Y.). I also served as an expert consultant to the plaintiffs' trial team in *Sokolow v. Palestine Liberation Organization, et al.* Civ. No. 04- 0397 (S.D.N.Y.).

14.     I am fluent in Hebrew and Arabic, and I read and understand English fluently.

15.     A copy of my CV is attached hereto as Exhibit A.

### B.  Mousa Abu Marzook's U.S.-Based Activities

16.     I was asked by counsel for the plaintiffs in the above-captioned case to provide my professional opinion as to whether and to what extent the U.S.-based activities of the defendant, Mousa Abu Marzook, in the years prior to the December 1, 1993 terrorist shooting in which Yitzchak Weinstock was killed, enabled Hamas to carry out that attack. The plaintiffs' counsel informed me that for the purpose of providing my opinion on this question, I should assume that the factual allegations contained in the Complaint in this case regarding Abu Marzook's U.S.-based activities have been admitted and are true.[1]

---

[1] In any event, Abu Marzook's U.S.-based activities, which are accurately described in the Complaint, are well known to me (as they are to other professionals and researchers who have studied Hamas during that period) both from documents and information to which I was exposed during my former career in the IDF and the Israeli Ministry of Defense, and from the decisions and other documents relating to the extradition proceedings against Abu Marzook in federal court in Manhattan, the prosecution of the Holy Land Foundation and its founders in federal court in Texas, and the legal proceedings brought against Abu Marzook's associates and various Hamas affiliates in the American courts.

17. In my professional opinion, the leadership, and the organizational and financial assistance, which Abu Marzook provided to Hamas from the U.S. and through his U.S.-based activities in the years prior to the December 1, 1993 shooting were critical to Hamas' organizational and operational ability to carry out that attack (and others during that period), and it is very unlikely that the December 1, 1993 attack would have occurred absent those activities. I reach this conclusion based on the facts below:

18. Since its founding in late 1987, Hamas has sought to become the leading political and ideological organization in Palestinian society, in place of the Palestine Liberation Organization ("PLO"). To that end, since it was established, Hamas has been a multifaceted, complex organization, made up of various divisions and departments, including a social services/welfare department, an educational department, a propaganda department, and various divisions that deal with religious matters. In addition, Hamas' "military wing" carries out terrorist attacks. All of these different activities function together to serve Hamas' goal of becoming the most powerful and influential organization in Palestinian society, and its ultimate goal of destroying the State of Israel and establishing an Islamic regime in its place.

19. Therefore, while each individual Hamas terrorist attack may not require significant resources – in the case of the murder of Yitzchak Weinstock, the costs of the bullets and the petrol for the vehicle (or, depending on one's method of calculation, the costs of the weapons and vehicle) – each such Hamas attack is the end product of a large, complex organizational and operational apparatus which required *enormous* financial and other material resources, and *years* of intensive human efforts, to build up, to operate, and to maintain.

20. The person primarily responsible for providing Hamas with the financial resources and the organizational infrastructure necessary to operate, function, and carry out terrorist attacks

during the first half of the 1990s – including the December 1, 1993 attack in which Yitzchak
Weinstock was killed – was Mousa Abu Marzook.

21.     During the first year or so of its existence, Hamas' violence against Israeli targets
was (relatively) limited in both severity and quantity. That changed dramatically on February 16,
1989, when Hamas terrorists abducted and murdered an Israeli soldier on leave, Avi Sasportas.
Then, on May 3, 1989, Hamas again seized and murdered an off-duty Israeli soldier, Ilan Saadon.[2]

22.     With the kidnappings and murders of Sasportas and Saadon the Israeli government
realized that Hamas was a very serious security threat, and during the spring of 1989 Israel arrested
virtually the entire Hamas leadership in the West Bank and Gaza Strip, including Hamas' main
founder and top leader, Sheikh Ahmed Yassin. Hundreds of Hamas operatives were also arrested
and questioned.

23.     The spring 1989 wave of arrests dealt a very serious organizational blow to Hamas,
and left the still-young movement on the verge of total collapse. Until he was arrested by Israel in
the spring of 1989, leadership, power and authority in Hamas was centralized and concentrated in
the hands of Sheikh Yassin.[3] There were other, lower-level leaders within Hamas, but they were
all subordinate to Yassin, who held a monopoly on ultimate control in Hamas. As Professors Shaul
Mishal and Avraham Sela, leading scholars of Hamas, have explained: "The arrest of Yassin and

---

[2] Sasportas' body was found in May 1989. Saadon's body was located only in 1996.

[3] "Until his arrest [in 1989] Sheikh Yassin was the supreme spiritual authority of the [Hamas]
Movement, its founder, and its military commander. He concentrated in his hands the control over all of its
activities, including recruiting new members, distributing funds ... and appointing military commanders."
Ronni Shaked and Aviva Shabi, Hamas: From Belief in Allah to the Path of Terror, Jerusalem (1994) (He-
brew) at pp. 153-154.

many other leaders of Hamas brought about a paralysis of the [Hamas] movement's operations."[4]

24.     It was Mousa Abu Marzook who rescued Hamas from this existential crisis. From his base in the United States, where he lived in those years (and until early 1993), Abu Marzook formulated and successfully carried out a sophisticated plan to re-organize and rehabilitate Hamas, in three interrelated ways:

_**First**_, leadership and authority in Hamas would be shifted from a single individual (i.e., Yassin) to an organizational power structure.[5] At the peak of this structure would be a newly-created "Political Bureau," headed by Abu Marzook himself.[6] The Hamas Political Bureau had several "committees" under its control and authority. The most important of these was the "Internal Committee," which was responsible for directing the full range of Hamas' activities within the West Bank and Gaza Strip, including "operational" (i.e. terrorist) activities.[7] Other committees maintained by the Hamas Political Bureau included the Public Relations Committee, the Financial Committee, and the Foreign Relations Committee.[8] Thus, the Political Bureau controls the full range of Hamas' activities both within and outside the West Bank and Gaza, and Abu Marzook

---

[4] Shaul Mishal and Avraham Sela, The Hamas Wind - Violence and Coexistence, Tel Aviv (1999) (Hebrew) (Expanded Edition), at p. 89. *See also* Hamas, at p. 150 (In the wake of the arrests, "[b]y late June 1989 … the [Israeli] security establishment felt that Hamas had suffered a mortal blow which would make its rehabilitation difficult."); and Michael Milstein, The Green Revolution: The Social Profile of Hamas, Tel Aviv (2007) (Hebrew), at p. 173 (same characterization).

[5] The Green Revolution, at pp. 41, 43.

[6] "The supreme leadership body of the leadership 'abroad,' and of Hamas generally, is the Political Bureau (*al-Maktab al-Siyasi*)." *Id*. at 45.

[7] *Id*.

[8] *Id*. This description of Hamas' organizational structure relates to the time period prior to December 1993. The structure has been modified over the years since then.

headed and ran the Hamas Political Bureau, and Hamas as a whole, from his home in the United States until he moved to Jordan in early 1993.

  **_Second_**, the geographical site of Hamas leadership would be shifted from Hamas operatives in the West Bank and Gaza Strip, which were under Israel's control and supervision, and bestowed upon Hamas leaders located in other countries where they could operate freely without Israeli interference—first and foremost upon Abu Marzook himself, who was living freely in the United States. As Hamas experts Ronni Shaked and Aviva Shabi correctly explain: "With Yassin's removal, the center of gravity of the leadership moved from the territories [i.e., the West Bank and Gaza] to abroad. The meaning of this change was subordination of the [Hamas] Movement to a new headquarters, located in the United States."[9]

  **_Third_**, Abu Marzook established a very successful financial apparatus for Hamas in the United States, which successfully raised and transferred many millions of dollars to Hamas operatives and local leaders in the West Bank and Gaza Strip throughout the 1990s.[10]

  25. By making these radical organizational changes and establishing a highly successful U.S.-based funding network to support Hamas operations on the ground in the West Bank and Gaza Strip, Abu Marzook both _rescued_ Hamas from the severe – and possibly fatal – crisis it faced with the arrest of Sheikh Yassin in 1989, and greatly _expanded_ Hamas' organizational and operational capacities in the West Bank and Gaza.[11]

---

[9] Hamas at 153-154. For a similar description see also The Green Revolution at pp. 41, 43.

[10] The U.S.-based Hamas financial network established by Abu Marzook beginning in the late 1980s was shut down by American law enforcement authorities only much later, through a series of administrative and criminal proceedings against the Holy Land Foundation in Washington, D.C. and Texas, and against Abu Marzook himself and his associates such as Muhammad Salah in Chicago.

[11] It is important to note that throughout most of this period, i.e., from Hamas' establishment in late 1987

26.     Furthermore, because Abu Marzook had control over Hamas' "operational apparatus and sources of funding," the local Hamas leadership in the West Bank and Gaza Strip was not only *officially* subordinate to Abu Marzook as head of the Political Bureau (i.e. as a matter of formal hierarchy), but also practically *subordinate* to and dependent on Abu Marzook.[12]

27.     The consensus among experts on Hamas, with which I agree based on my own knowledge in the field, is that Mousa Abu Marzook's U.S.-based activities during this period were absolutely crucial for Hamas' survival and growth. Thus, Professors Mishal and Sela state that "[t]he person who initiated the establishment of the Political Bureau after the broad arrests in mid-1989, and who headed it until he was arrested in the United States in 1995, was Dr. Mousa Abu Marzook. **Abu Marzook restored to Hamas its operational ability**."[13] They further explain that

---

[12] until late 1992, Hamas received little to no material support from the Islamic Republic of Iran ("Iran"). Beginning in 1992 Iran formed a formal alliance with Hamas, and in late 1992 or early 1993 began to provide Hamas with significant funding and other important tangible forms of assistance. But for the first several years of Hamas' existence, it received only marginal financial or other material support from Iran. Hamas is a Sunni Moslem organization both in its official ideology and in the affiliation of its leadership and membership, while the Iranian government and leadership adhere strongly to the Shi'a form of Islam. This Sunni-Shi'a divide meant that Hamas was not an immediate, obvious or "natural" partner for, or beneficiary of, Iran. Also, by 1988, Iran had already developed a close political alliance with, and was funding and delivering other material support to, a different radical Palestinian organization: the Palestine Islamic Jihad ("PIJ"). It would be several years, therefore (i.e., until late 1992 or early 1993), before Iran began to provide significant funding or other material assistance to Hamas. Thus, the funding provided by Abu Marzook's network in the U.S. was critical to Hamas' existence and operations, until late 1992 at the earliest.

[12] The Green Revolution at p. 43. The balance of power within Hamas shifted somewhat in favor of the local leadership with the establishment of the Palestinian Authority 1994, when Hamas gained freedom from Israeli interference in its activities in much of the Gaza Strip, and shifted further in 1997 when Yassin and other local Hamas leaders were released by Israel as part of a deal between Israel and Jordan following Israel's failed assassination of Khaled Mashal (who had replaced Abu Marzook as head of the Hamas Political Bureau in 1995, after Abu Marzook's arrest in the United States). But these changes took place well after the murder of Yitzchak Weinstock.

[13] Hamas Wind at 223 (emphasis added).

9

after Sheikh Yassin's arrest in 1989, and Abu Marzook's becoming head of the Political Bureau, "control over the [Hamas] Movement was managed from abroad, from Springfield, Virginia, in the United States, where Abu Marzook lived, and from Amman ... the authority of the new leadership vis-a-vis Hamas' command posts in the Gaza Strip and the West Bank flowed mainly from their control over ***transfer of financial resources vital to renewal of Hamas' public and violent activity***. ... Hamas thus became a Palestinian movement ... in which the leadership 'abroad' controls the movement's bases 'domestically' and ***dictates policy lines***, approves the language of proclamations, ***and runs the military networks***."[14]

28.    Similarly, writing in 1994 about Hamas' history during the previous 5 years (i.e., from 1989 through 1994), Hamas experts Ronni Shaked and Aviva Shabi explained that Abu Marzook's "control over the [Hamas] Movement's activities in the territories [i.e., the West Bank and Gaza] is achieved through the transfer of funds. The dependence on ***the sources of funding needed to operate the networks*** [on the ground in the West Bank and Gaza] turned the leadership abroad into the decision-maker vis-a-vis the operatives in the field: going forward they could demand reports about the daily activities of the Movement, and direct it from above."[15]

29.    Dr. Jonathan Schanzer, a former terrorism finance analyst at the U.S. Department of the Treasury who has researched and authorized important studies of Hamas, has explained in similar fashion that Abu Marzook "commanded critical aspects of Hamas for six years from his

---

[14] *Id.* at p. 90 (emphasis added). *See also id.* at p. 127 (again noting that Abu Marzook ran Hamas from Springfield, Virginia).

[15] Hamas at p. 154 (emphasis added). *See also id.* (noting that Abu Marzook's reorganization of Hamas in 1989 provided Hamas with "breathing room. This was reflected in the ability of the Movement to continue to exist even after the wave of arrests of its commanders and the members of its networks.").

Virginia base … Through the Holy Land Foundation for Relief and Development and the Islamic Association of Palestine, two charities Marzook help to establish in the 1990s, Hamas was able to raise millions of dollars in America … Marzook's operation was *critical to the group's survival*."[16]

## C. Conclusion: Mousa Abu Marzook's U.S.-Based Activities Were Critical to Hamas' Ability to Carry Out the Attack in which Yitzchak Weinstock Was Murdered

30.    In light of the above, it is my expert opinion that without the extensive leadership, organizational and financial activities on behalf of Hamas initiated and conducted by Abu Marzook from the United States, Hamas would have had extremely limited organizational and operational capabilities, and it is very unlikely that the December 1, 1993 attack would have occurred.[17]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 3, 2018

Arieh Dan Spitzen

---

[16] Jonathan Schanzer, Hamas vs. Fatah: The Struggle for Palestine (2008), at pp. 32-33.

[17] The fact that Iran began to provide Hamas with material resources in late 1992 or early 1993 does not detract from the vital nature of Abu Marzook's contributions. Some of that Iranian support was provided "in kind," such as weapons or terrorist training, which were unrelated to Abu Marzook's financial and organizational contributions to Hamas. Moreover, the extensive organizational, human and material infra-structure that was built up by Abu Marzook between 1989 and 1992 served as a leveraging "force-multi-plier" for the subsequent Iranian support, by enabling Hamas to effectively absorb and utilize that Iranian support when it arrived, to further increase its organizational and operational abilities.

11

**Curriculum Vitae**

**Arieh Dan Spitzen**

## PROFESSIONAL BACKGROUND

1.        My name is Arieh Dan Spitzen. My areas of expertise are: The Palestinian Authority; Palestinian society – political, social and economic research of Palestinian society; the methods of operation of the Palestinian Authority and the various powerbrokers within the Palestinian Authority; the methods of operation and modes of conduct of Palestinian Islamic terror groups, such as Hamas and the Palestine Islamic Jihad, with emphasis on their civilian infrastructures which I have researched (and continue to research) over many years. I have 40 years of professional, practical, theoretical and academic experience in these areas.

2.        Until January 1, 2009, I served as the Department Head for Palestinian Affairs and as Advisor for Palestinian Affairs at the office of the Coordinator of Government Activities in the Territories at a rank and position of Colonel.

At the present time I work as a consultant on the Middle East, with an emphasis on Palestinian issues, for private and institutional organizations and research institutes (including academic institutes).

3.        In 1976 I graduated with honors from the Department of the History of Islamic Countries and the Department of the History of the Jewish People, both within Jerusalem's Hebrew University.

4.        Also in 1976 I established the Research Section of the Advisor for Arab Issues in the Military Government in the West Bank (later to be known as the Civil Administration). I served as head of the Research Section for two years. I was chosen for this position based on my academic achievements by Professors Amnon Cohen and Menahem Milson, both of whom served at one time or another as Arab Affairs Advisor in the West Bank.

5.        From 1978 to 1981 I served as assistant to Professor Menahem Milson of the Department for Arab Language and Literature and was employed as a research-assistant in the Van Leer Jerusalem Institute. At Van Leer I dealt with issues concerning the integration of the Arab population into all levels of Israeli society. At the same time I prepared a scientific research paper about Jerusalem's economy in the 18th century which was based on original documents in Turkish and Arabic that were discovered in the archives of Jerusalem's Muslim Court. In a related effort, I also completed a scientific article - published in the prestigious "Cathedra" magazine - about Jewish endowments in Jerusalem at the end of the 18th Century.

1

6.      From 1981 to 1993 I was Head of the Research Section in the office of the Advisor for Arab Affairs in the West Bank, as well as Deputy Advisor. In these capacities I was involved in researching the socio-economic and political situation of the Palestinian population, while focusing on political and social trends and the prevailing atmosphere. In addition, I prepared – and assisted my subordinates in preparing - hundreds of research papers, staff papers, articles, anthologies, and studies in civilian matters. These were used by the decision-making echelons at the Ministry of Defense, the office of the Coordinator of Government Activities in the Territories, and at the field level of the Central Command.

Almost all of the papers from that period, as well as hundreds of papers written at a later time, were given a security classification. Therefore, they could not be publicly published.

7.      Between the years 1993-1996 I participated in the negotiations for the Oslo Accords and was a member of the teams that negotiated the transfer of civilian powers and responsibilities from the Civil Administration to the Palestinian Authority.

8.      From 1996 to 1998 I served as Supervisor for civilian coordination and liaison in the West Bank vis-à-vis the Palestinian Authority's Ministry of Civil Affairs, and other civilian offices.

9.      In 1998 I was appointed by the former Chief of Staff of the Israel Defense Forces, Shaul Mofaz, and the Minster of Defense, Yitzhak Mordechai, to serve as Department Head for Palestinian Affairs in the West Bank. I continued in this position until the year 2000, at a rank of Colonel.

10.      From 2001-2009 I served as Department Head for Palestinian Affairs in the Administered Territories, and as the Advisor to the Coordinator of Government Activities in the Territories. By virtue of these positions I became the top authority on the socio-economic civilian situation in the West Bank and Gaza and was responsible for writing hundreds of surveys and studies about civilian conditions, political and social trends, the economic atmosphere and its influence, and other diverse civilian issues connected to the civilian Palestinian realm. Naturally, there was some overlap into the military sphere, and to activities connected with terror organizations like Hamas, the Islamic Jihad, the Democratic Front for the Liberation of Palestine, and Global Jihad. In addition, each year I was responsible for writing and updating a comprehensive survey regarding the civilian infrastructure of the Hamas – the *Da'wa*.

11.      From January 2009-present, I continue to serve in the Israel Defense Forces reserves where I function from time to time as the emergency Department Head for Palestinian Affairs in the Administered Territories for the Coordinator of Government Activities in the Territories. In that capacity, I continue to be fully up to date in all that occurs in the Palestinian

2

realm, including in all matters relevant to the current terror wave, its different characteristics, the profile of the terrorists who are carrying out attacks and the influence of the Palestinian powerbrokers on this terror wave.

## MEDIA

Because of my unique knowledge of the Palestinian realm, and as a respected authority on the subject, I am frequently asked to provide background information to the media. During the last ten years of my IDF service, around once or twice per week, I gave both background and in-depth talks to senior Israeli journalists that deal in Palestinian and military issues, along with foreign correspondents of the international media in Israel. In addition, I am a popular commentator for the Israeli Press, which considers me an expert on everything regarding Palestinian affairs, and am often interviewed on Arabic television stations.  Last year I appeared on Israel's Channel 1's "A Second Look" on a program titled "The Color of Terror Money," available at the following link: http://www.iba.org.il/program.aspx?scode=1930171

## ACADEMIC COUNSEL

During my last ten years in the IDF, I was frequently invited to lecture or participate in panels at symposiums, conferences, seminars, and scientific meetings that take place on behalf of universities and research institutes in Israel. I continue to lecture in academic settings on occasion.

## APPEARANCE AS AN EXPERT WITNESS IN U.S. COURTS

I have been admitted as an expert witness regarding Hamas in four civil terrorism cases in the United States Federal District Court for the Eastern District of New York.

- *Linde et al v. Arab Bank, PLC*, 1:04-cv-02799 (Judge Nina Gershon)

  "Mr. Spitzen's professional experience and independent research qualify him to offer the opinions he provides in this case…. Plaintiffs have established Mr. Spitzen's expertise in all of the areas on which he proposes to testify."

- *Strauss et al v. Credit Lyonnais*, S.A., 1:06-cv-00702 (Judge Dora Irizarry)

  "While there may be legitimate questions as to whether Spitzen's 18–point test demonstrates definitively that the 13 Charities are alter egos under the standard previously discussed (*see supra* § III.B), his methodology is supported sufficiently to be admissible. Spitzen testified that the factors he used in his test are based upon those used

3

by law enforcement authorities and other experts in determining whether an entity is controlled by Hamas, and that his methodology was approved by the Israel Security Agency ("ISA")…" 2013 WL 751283 (E.D.N.Y.) *23.

- *Weiss et al v. National Westminster Bank PLC*, 05-cv-4622 (Judge Dora Irizarry) (see above quote for *Strauss et al v. Credit Lyonnais, S.A.*)
- *Gill v. Arab Bank PLC*, 1:11-cv-03706 (Judge Jack Weinstein)

"Mr. Spitzen's eighteen-factor analysis encompasses categories of information generally considered by experts who analyze entities believed to act for terrorist entities. His methodology passes muster under Daubert and Rule 702." *Gill II*, 2012 WL 5177592, at *6.

I also served as an expert consultant to the plaintiffs' trial team in *Sokolow, et al. v. Palestine Liberation Organization, et al.*, Case No. 04-0397 (S.D.N.Y.) in which the plaintiffs received a jury award of over $655 million in February 2015.

## APPEARANCE AS AN EXPERT WITNESS IN ISRAELI COURTS

Over the years I have appeared dozens of times in Israeli military and civilian courts, including appearances and/or giving statements to the Supreme Court in a variety of matters that relate to the Palestinian realm. It should be noted that I was a key expert witness in the "Islamic Movement" case in Israel before the District Court in Haifa, in which I gave my opinion regarding the transfer of funds to civilian infrastructures and charitable organizations of the Hamas on behalf of radical foundations abroad, the Al Aqsa Foundation, Interpal, and the Charity Coalition. The Northern District Advocacy believes my testimony to have been crucial to the case.

## COUNSEL TO INSTITUTIONAL ORGANIZATIONS

By virtue of my position at the time of my service and today as a private citizen, I advised – and continue to advise - the Operation Coordinator in the Administered Territorie and the Research Division of the Intelligence Department. During the last ten years of my service in the IDF, I also advised the National Defense Council, Israel security agencies, the Mossad, and others regarding the socio-economic political civilian situation in the territories controlled by the Palestinian Authority.

## **LANGUAGES**

I am fluent in Hebrew and Arabic and in English reading and comprehension. I also have an intermediate-level (or better) knowledge of Italian and Turkish.

## **PUBLICATIONS**

Spitzen, Arieh, "The Legal Entity" and Jewish Endowments in Jerusalem at the end of the 19th Century, Cathedra, Volume 19, April 1981, pp. 73-82.