# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                    Plaintiffs,

vs.                                              No. 17-cv-23272-RNS

ISLAMIC REPUBLIC OF IRAN, et al.,

                    Defendants.
_____/

## [PROPOSED] JUDGMENT

For the reasons set forth in the Final Default Judgment entered on April 5, 2019 (ECF No. 52), it is hereby **ORDERED and ADJUDGED** that this Court **GRANTS** Plaintiffs' Motion for Default Judgment against Defendant Islamic Republic of Iran ("Iran").

The Court hereby enters judgment against Defendant in the amounts specified below, for a total compensatory damages award of $26,291,000. Specifically:

1. Sharon Weinstock shall be awarded $5,000,000 in compensatory damages.

2. The Estate of Dov Weinstock shall be awarded $5,000,000 in compensatory damages.

3. Moshe Weinstock shall be awarded $2,500,000 in compensatory damages.

4. Geula Weinstock shall be awarded $2,500,000 in compensatory damages.

5. Aryeh Weinstock shall be awarded $2,500,000 in compensatory damages.

6. Chaim Mishael Weinstock ("Mishael") shall be awarded $2,500,000 in compensatory damages.

7. The Estate of Rabbi Simon Dolgin shall be awarded $2,500,000 in compensatory damages.

8. The Estate of Shirley Dolgin shall be awarded $2,500,000 in compensatory damages.

9. The Estate of Yitzchak Weinstock shall be awarded $1,291,000 in compensatory damages.

**Done and ordered** in chambers at Miami, Florida, on _____, 2019.

/s/ ROBERT N. SCOLA_____
United States District Judge