United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Sharon Weinstock, et al., <br> Plaintiffs, <br><br> v. <br><br> Islamic Republic of Iran, <br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 17-23272-Civ-Scola <br> ) <br> ) <br> ) |

### **Judgment**

For the reasons set forth in the Final Default Judgment entered on April 5, 2019 (ECF No. 52), it is hereby **ORDERED and ADJUDGED** that this Court **GRANTS** Plaintiffs' Motion for Default Judgment against Defendant Islamic Republic of Iran ("Iran").

The Court hereby enters judgment against Defendant in the amounts specified below, for a total compensatory damages award of $26,291,000. Specifically:

1. Sharon Weinstock shall be awarded $5,000,000 in compensatory damages.
2. The Estate of Dov Weinstock shall be awarded $5,000,000 in compensatory damages.
3. Moshe Weinstock shall be awarded $2,500,000 in compensatory damages.
4. Geula Weinstock shall be awarded $2,500,000 in compensatory damages.
5. Aryeh Weinstock shall be awarded $2,500,000 in compensatory damages.
6. Chaim Mishael Weinstock ("Mishael") shall be awarded $2,500,000 in compensatory damages.
7. The Estate of Rabbi Simon Dolgin shall be awarded $2,500,000 in compensatory damages.
8. The Estate of Shirley Dolgin shall be awarded $2,500,000 in compensatory damages.
9. The Estate of Yitzchak Weinstock shall be awarded $1,291,000 in compensatory damages.

**Done and ordered**, at Miami, Florida, on May 2, 2019.

                                              _____
                                              Robert N. Scola, Jr.
                                              United States District Judge