

United States Department of State

*Washington, D.C.   20520*

November 18, 2019

Steven Larimore
Clerk of the Court
United States District Court
Southern District of Florida
400 North Miami Ave.
Miami, FL 33128

17-23272-Gonscola

FILED BY ___JG___ D.C.

DEC 16 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**Re: Sharon Weinstock, et al. v. Islamic Republic of Iran, 1:17-cv-23272**

Dear Mr. Larimore:

I am writing regarding the Court's request for transmittal of a Judgment, Final Default Judgment, and Notice of Judgment to the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1095-IE, dated October 20, 2019 and delivered on October 21, 2019. A certified copy of the diplomatic note is enclosed.

Please note that on November 18, 2019, a certified copy of the diplomatic note was sent to the clerk of the court via U.S. Postal Service Certified Mail (tracking number 70151520000213879780); however, Mr. Asher Perlin informed our office that the clerk's office reported not receiving the copy. Therefore, we have enclosed an additional certified copy of the diplomatic note No. 1095-IE.

Sincerely,

Jared Hess
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

Cc:   Asher Perlin
       Attorney at Law
       4600 Sheridan St., Suite 303
       Hollywood, FL 33021



United States Department of State

*Washington, D.C.   20520*

## **CERTIFICATION OF DIPLOMATIC NOTE**

I, Chandni Kumar, Acting Director of the Office of Legal Affairs in Washington, DC certify that this is a true copy of the Embassy of the United States of America in Bern, Switzerland diplomatic note number 1095-IE dated October 20, 2019, and delivered to the Iranian Ministry of Foreign Affairs on October 21, 2019.

Chandni Kumar, Acting Director
Office of Legal Affairs
Overseas Citizen Services

December 12, 2019

## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

Jeremias N. Dirk, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 26983 dated October 1, 2019, which was transmitted to the Swiss Ministry of Foreign Affairs on October 2, 2019 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

_____
(Signature of Consular Officer)

Jeremias N. DIRK
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

October 31, 2019
(Date)





*Embassy of the United States of America*

October 1, 2019

CONS NO. **26983**

Federal Department of Foreign Affairs
Foreign Interests Section
Kochergasse 10
Federal Palace North
Office #4.001
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities Act (FSIA) – Sharon Weinstock, et al. v. Islamic Republic of Iran, 1:17-cv-23272

REF: ----

The Department of State has requested the delivery of the enclosed Judgment, Final Default Judgment, and Notice of Judgment to the Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter Sharon Weinstock, et al. v. Islamic Republic of Iran, 1:17-cv-23272.

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran. There is one defendant to be served in this case: the Islamic Republic of Iran. The American Interests Section should transmit the Judgment, Final Default Judgment, and Notice of Judgment to the Iranian Ministry of Foreign Affairs under cover of one diplomatic note utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery. The American Interests Section should execute certifications of the diplomatic notes, which will be forwarded by the Department of State to the requesting court in the United States.

Enclosed is one appropriate part of a message the Embassy received from the Department of State as well two sets of documents for the Islamic Republic of Iran.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.



GIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC
EPUBLIC OF IRAN:

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Sharon Weinstock, et al. v. Islamic Republic of Iran, 1:17-cv-23272, in the U.S. District Court for the Southern District of Florida. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits a Judgment and Final Default Judgment herewith. The U.S. District Court for the Southern District of Florida has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Judgment and Final Default Judgment, the Foreign Interests Section is enclosing a Notice of Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Judgment, Final Default Judgment, and Notice of Judgment
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN**

## SPECIFIC AUTHENTICATION CERTIFICATE



Confederation of Switzerland         )
Bern, Canton of Bern                 ) SS:
Embassy of the United States of America )

I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
(Signature of Consular Officer)

Jeremias N. DIRK
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

October 31, 2019
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

**Federal Department of Foreign Affairs FDFA**

28805

K. 346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 26983 dated October 1, 2019 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance: Sharon Weinstock, et al. v. Islamic Republic of Iran, 1:17-cv-23272

- Note No. 1095-IE addressed to The Islamic Republic of Iran

dated October 20, 2019 and proof of service, dated October 21, 2019 as well as the certification by the Swiss Federal Chancellery dated October 29, 2019.

The section has received the above mentioned documents on October 15, 2019. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on October 21, 2019. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, October 29, 2019



*Enclosure(s) mentioned*

To the
Embassy of the
United States of America

Berne

## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Gaëlle CAFARO-VULLIERAT
(Typed name of Official who executed the annexed document)

(Signature of Consular Officer)

Jeremias N. DIRK
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

October 31, 2019
(Date)



Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Foreign Interests Section

No. 1095-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Sharon Weinstock, et al. v. Islamic Republic of Iran, 1:17-cv-23272, in the U.S. District Court for the Southern District of Florida. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits a Judgement and Final Default Judgement herewith. The U.S. District Court for the Southern District of Florida has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Judgment and Final Default Judgment, the Embassy is enclosing a Notice of Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran, October 20, 2019



Attachments:
1. Judgment, Final Default Judgment, and Notice of Judgement
2. Translations

**Ministry of Foreign Affairs
Islamic Republic of Iran
Department of American Affairs
Tehran**

I, Patricia Weber Singh, Head of the Foreign Interests Section of the Embassy of Switzerla[nd] certify herewith that this is a true copy of the Diplomatic Note No. 1095-IE, dated October 20, 2[019]. delivery of this note and its enclosures was attempted on October 21, 2019, but the Iranian Min[istry of] Foreign Affairs refused its acceptance.

*P. Webg*

Patricia Weber Singh
Head of the Foreign Interests Section

Tehran, October 21, 2019



---

**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. **Country:** SWISS CONFEDERATION

   This public document

2. **has been signed by**         Patricia Weber Singh

3. **acting in the capacity of Head of the Foreign Interests Section**

4. **bears the seal/stamp of**

   EMBASSY OF SWITZERLAND IN IRAN

   FOREIGN INTERESTS SECTION IN TEHRAN

   EMBASSY OF SWITZERLAND U.S. INTERESTS SECTION TEHERAN

   **Certified**

5. **at** Berne                6. **the** 29 October 2019

7. **by** Gaëlle Cafaro-Vullierat
   functionary of the Swiss federal Chancellery

8. **No.** 026164

9. **Seal/stamp:**            10. **Signature:**

   Swiss federal Chancellery

سفارت سوئیس
قسمت حافظ منافع خارجی

شماره IE – 1095

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوای حقوقی تحت عنوان شارون وینستوک، و دیگران علیه جمهوری اسلامی ایران، تحت پرونده مدنی شماره 1:17-cv-23272 که در دادگاه ناحیه ای ایالات متحده آمریکا، ناحیه فلوریدای جنوبی مفتوح میباشد، جلب می نماید. جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه ناحیه ای ایالات متحده، ناحیه فلوریدای جنوبی، یک فقره حکم و حکم نهایی غیابی را ایفاد می دارد. برابر مقررات فصل 28 بخش 1608 بند (الف)(4) و (e) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

سفارت علاوه بر حکم و حکم نهایی غیابی، یک فقره ابلاغیه حکم که توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی تهیه شده است، را نیز به پیوست ایفاد می دارد. لطفا" توجه داشته باشید که متعاقب مقررات فصل 28 بخش 1610 مجموعه قوانین ایالات متحده آمریکا، اقدامات اجرائی و حکم می توانند بعد از مدت زمان معقول از دادن اطلاع از حکم غیابی، آغاز گردد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری، از جمله عنوان نمودن مصونیت دولت ها، باید در مقابل دادگاه صورت گیرد. از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ بیست و هشتم مهر ماه 1398 (20 اکتبر 2019)

پیوست: 1- حکم، حکم نهایی غیابی و ابلاغیه حکم
2- ترجمه ها

اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران